IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: DePUY ORTHOPAEDICS, INC.,           Case No. 1: 10 MD 2197
ASR HIP IMPLANT PRODUCTS

                                                              O  R  D  E  R

Pending before the Court is a new MDL action entitled *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, Case No. 1:10 md 2197.

Initially, the Court must determine the composition of plaintiff's leadership committee. The Court will entertain applications by those lawyers interested in serving in a leadership position. To that end, such applications shall be in letter form, no longer than 2 pages in length and directed to chambers either via mail or by facsimile ((419) 213-5720).  These letters/applications are not be filed on the docket.  The deadline for submitting letters is on or before the close of business on December 23, 2010.

IT IS SO ORDERED.

                                                               s/ *David A. Katz*
                                                               DAVID A. KATZ
                                                               U. S. DISTRICT JUDGE