**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| **IN RE:** ) | **MDL Docket No. 1742** |
| ) | |
| ) | **JUDGE DAVID A. KATZ** |
| **DePUY ORTHOPAEDICS, INC., ASR** ) | **CASE NO. 1:10-MD-2197** |
| **HIP IMPLANT PRODUCTS** ) | **NOTICE** |
| **LIABILITY LITIGATION** ) | |

**Notice to Attorneys involved in MDL Docket No. 2197**

The order transferring this litigation to the United States District Court for the Northern District of Ohio was filed with this Court on December 7, 2010. The cases have been assigned to:

> Hon. David A. Katz
> United States Court House
> 1716 Spielbusch Avenue
> Toledo, Ohio 43604

All filings in MDL-2197 are to be submitted to the Clerk of Court at the following address:

> Geri M. Smith, Clerk of Court
> Carl B. Stokes United States Court House
> 801 W. Superior Avenue
> Cleveland, OH 44113-1830
>
> Telephone 216-357-7000

Electronic Filing

The Northern District of Ohio is a leader in providing electronic access to Court documents and is proud to have been the first Court to ever accept an electronic filing over the Internet. The Court strongly encourages counsel to take advantage of the benefits of its Case Management / Electronic Case Files (CM/ECF) system by filing and retrieving documents electronically as well as by receiving electronic e-mail notice of the Orders entered by the Court and the filings of other counsel in the litigation. Included with this Notice are: 1) an **Electronic Filing Brochure** and 2) the Court's **Electronic Filing Policies and Procedures Manual**, which governs electronic filing in this district. An electronic filing online **Tutorial** is available at: www.ohnd.uscourts.gov/Electronic_Filing/index.html.

An Electronic Filing **Attorney Registration Form** is included as Appendix B to the Court's Policies and Procedures Manual. **All attorneys who participate in MDL 2197 should complete and submit the registration form to the Clerk of Court**. Typically, the Court only permits attorneys to register to file electronically if they have been admitted to practice before this Court; however, Rule 1.4 of the Rules of Procedure of the Judicial Panel

on Multidistrict Litigation permits attorneys in good standing of the Bar of any U.S. District Court to continue to represent their clients without condition. To facilitate the processing of your registration, please indicate on the form that you are counsel of record in MDL No. 2197. The Court will assign a login ID and password to each registered attorney which will permit the attorney to file documents electronically over the Internet. The ID and password will also serve as the attorney's signature for purposes of Fed. R. Civ. P. 11 on all documents that are filed electronically.

In order to retrieve documents from the CM/ECF system, **attorneys and law firm staff will also need a PACER (Public Access to Court Electronic Records) Account.** PACER is a national system that includes case information from nearly all federal courts. While most law firms already have a PACER account for use by their docketing staff, attorneys will need to become aware of their firm's PACER ID and password, or obtain a PACER ID and password of their own, to access documents from the CM/ECF system. Users who do not have a PACER account will be unable to view or retrieve docket sheets or documents.

PACER accounts can be established through the PACER Service Center:

http://pacer.psc.uscourts.gov

PACER Service Center
P.O. Box 780549
San Antonio, TX 78278
(800) 676-6856
(210) 301-6440

If a party must file a document on paper, the Court requires only that an original document be filed. Additional copies are not necessary. The Local Rules for the Northern District of Ohio may be obtained from the Court's internet site at: www.ohnd.uscourts.gov

If you have any questions regarding this Notice, please contact MDL Coordinator Renee Schumitsh at 216-357-7017.

Clerk of Court

Geri M. Smith