**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. ) | |
| ASR HIP IMPLANT PRODUCTS ) | MDL Docket No. 1:10-md-2197 |
| LIABILITY LITIGATION ) | |
| ) | JUDGE DAVID A. KATZ |
| This document relates to: ) | |
| *Teetor, et al. v. DePuy Orthopaedics, Inc., et al.,* ) | |
| Case No.: 10-cv-08255 (AZ) ) | |

**MOTION OF WITHDRAWAL AS ATTORNEY OF RECORD**
**PERRY L. GOORMAN**

PLEASE TAKE NOTICE that Perry L. Goorman, Of Counsel to the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., the undersigned attorneys for plaintiffs Margaret Teetor and John C. Teetor, provides this Motion of Withdrawal as Attorney of Record and affirms to the Court, co-counsel and all other attorneys and parties of record:

1. That the attorney wishes to withdraw and has given notice to co-counsel prior to the filing of this Motion. The attorney has arranged for continued representation of the plaintiffs with attorneys Seth A. Katz and George E. McLaughlin of the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C., which counsel have previously filed Notices of Appearance in the matter relating to *Margaret Teetor and John C. Teetor. v. DePuy Orthopaedics, Inc., et al.,* U.S. District Court District of Arizona, Case No.10-cv-08255.

2. There are no unresolved matters pending before the U.S. District Court District of Arizona. On January 18, 2011, the Court filed an Acknowledgment of Receipt of Electronic Case Transfer to the Northern District of Ohio Case No.1:11-dp-20035.

3.	The Clerk and the Court shall enter the withdrawal of counsel upon receipt of this Motion, and remove my email address from the list of counsel receiving notices from this Court in this MDL action.

Respectfully submitted this 20th day of January 2011.

**BURG SIMPSON
ELDRDGE HERSH & JARDINE, P.C.**

*/s/ Perry L. Goorman*
Perry L. Goorman, (AZ Bar No. 020167)
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016-4245
Tel: (602) 508-6110 Main

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2011, a copy of the foregoing **MOTION OF WITHDRAWAL OF ATTORNEY OF RECORD PERRY L. GOORMAN** was filed and served via ECF electronic filing to all counsel listed on the Court's docket under Docket No.: MDL 10-md-02197.

                                                    */s/ Sylvia S. Stewart*
                                                    Sylvia S. Stewart