United States District Court
MINUTES OF PROCEEDINGS  Northern District of Ohio, Western Division

**In re DePuy Orthoepaedics, Inc.
ASR Hip Implant Products Liability
Litigation**

Date: 1/20/11

Judge: David A. Katz

Case Number: 1:10 md 2197

Court Reporter: Stephen Franklin

Hearing held on applications for leadership positions.

Time: 3.5 hours

Cathy Garcia-Feehan
Courtroom Deputy Clerk/Law Clerk