UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC ASR HIP IMPLANT PRODUCTS | MDL Docket No. 1:10 md 2197 |
| This Document Relates To: ALL CASES. | **CASE MANAGEMENT ORDER NO. 3** |

The Court hereby designates the following counsel to act on behalf of the parties in the DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation.

**Plaintiffs' Executive Committee**

Ben W. Gordon, Jr. Levin, Papantonio, Thomas, Mitchell, Eishner, Rafferty & Proctor PA

R. Eric Kennedy, Weisman, Kennedy, Berris

Ellen Relkin, Weitz & Luxenberg (Co-Lead Counsel)

Mark P. Robinson, Robinson, Calcagnie & Robinson

Christopher A. Seeger, Seeger Weiss LLP

Steven J. Skikos, Skikos, Crawford, Skikos, Joseph & Millican (Co-Lead Counsel)

**Plaintiffs' Steering Committee**

Andres F. Alonso, Parker Waichman Alonso

Esther Berezofsky, Williams Cuker Berezofsky

Ed Blizzard, Blizzard, McCarthy & Nabers

Jane Conroy, Hanley Conroy

Leonard A. Davis, Herman Herman Katz & Cotlar

Wendy Fleishman, Lief Cabraser

Lawrence J. Gornick, Levin, Simes, Kaiser & Gornick

Seth Katz, Burg, Simpson, Eldredge, Hersh & Jardine

Mark Lanier, Lanier Law Firm

Michael London, Douglas & London

Donald A. Migliori, Motley Rice

Peter J. Polos, Panish, Shea & Boyle

Navan Ward, Jr., Beasley Allen

**Plaintiffs' Liasion Counsel**

Michelle L. Kranz, Zoll Kranz & Borgess

**Plaintiffs' State Liasion Counsel**

California:     Amy Solomon, Girardi, Keese

New Jersey:   Christopher M. Placitella, Cohen Placitella & Roth

**Science Committee**

Steven Baron, Baron & Budd

Annesley DeGaris, Cory Watson

John Restaino, Restaino Law Firm

Ken Seeger, Seeger Salvas

**Discovery Committee**

Thomas R. Anapol, Anapol Schwartz

Richard Arsenault, Neblett Beard & Arsenault

Turner Branch, Branch Law Firm

Philip Bohrer, Bohrer Law Firm

Hezekiah Sistrunk, Jr., Cochran Law Firm

Trent Miracle, Simmons Browder

**Law & Motions Committee**

Timothy J. Becker, Zimmerman Reed

Tara Sutton, Robins Kaplan Miller & Ceresi

Chairs of the Committees will be appointed by the Plaintiff Executive Committee It is anticipated that further appointments to the existing Plaintiff Committees or the addition of further subcommittees will be approved, as necessary, as the litigation progresses.

**Defendants' Co-Lead Counsel**

Robert C. Tucker, Tucker Ellis & West LLP

Susan M. Sharko, Drinker Biddle & Reath LLP

**Defendants' Liasion Counsel**

Kristen Mayer, Tucker Ellis & West LLP

IT IS SO ORDERED.

    S/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE