# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION     MDL No. 2197

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–15)

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2010). Since that time, 239 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 10, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION**  MDL No. 2197

### SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 5 | 11−00378 | Arnold v. Depuy Orthopaedics, Inc. et al |
| ALN | 5 | 11−00718 | Smith et al v. Depuy Orthopaedics, Inc et al |
| ALN | 6 | 11−00730 | Clark v. Depuy Orthopaedics Inc et al |
| **MINNESOTA** | | | |
| MN | 0 | 11−00440 | Sieczkowski et al v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 11−00491 | Van Beek v. DePuy Orthopaedics, Inc. et al |
| **MISSOURI WESTERN** | | | |
| ~~MOW~~ | ~~4~~ | ~~11−00217~~ | ~~Proper et al v. DePuy Orthopaedics Inc et al~~ |
| **NEW JERSEY** | | | |
| NJ | 3 | 10−06832 | DYER v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−00086 | MILLSAP v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−00614 | BREWSTER et al v. JOHNSON &JOHNSON SERVICES, INC. et al |
| NJ | 3 | 11−00615 | CLARK v. JOHNSON &JOHNSON SERVICES, INC. et al |
| **NEW YORK NORTHERN** | | | |
| NYN | 1 | 11−00210 | Sabino et al v. DePuy Orthopaedics, Inc. et al |
| NYN | 3 | 11−00193 | Fauci et al v. DePuy Orthopaedics, Inc. et al |
| **VIRGINIA EASTERN** | | | |
| ~~VAE~~ | ~~4~~ | ~~11−00042~~ | ~~Garris v. DePuy Orthopaedics, Inc. et al~~ |