

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

MDL DOCKET NO. 1:10 md 2197

IN RE: DePUY ORTHOPAEDICS, INC |
ASR HIP IMPLANT PRODUCTS        |
                                |
_____  |
                                |
This Document Relates To:       |
                                |
    ALL CASES                   |
                                |
_____  |

- - - - -
1ST FORMAL STATUS MEETING
- - - - -

TRANSCRIPT OF PROCEEDINGS


    The above-styled case came on for hearing before

the Honorable David A. Katz, Presiding at the U.S District

Court, 701 Clematis Street, Courtroom 1, 4th Floor, West

Palm Beach, Florida, on the 8th day of February, 2011,

commencing at 1:00 o'clock p.m.


Court Reporter:          Andrea D. West, RPR
                         Boss Certified Realtime Reporting
                         515 East Las Olas Blvd, Suite 100
                         Fort Lauderdale, FL 33301

Proceedings reported by mechanical stenography, transcript

produced by computer.

```
 1    APPEARANCES:

 2    PLAINTIFFS' EXECUTIVE COMMITTEE

 3       R. Eric Kennedy, Esq & David C. Landever, Esq.
         Weisman, Kennedy, Berris
 4       101 Prospect Avenue, West
         1600 Midland Building
 5       Cleveland OH 44115
         (216)781-1111
 6
         Ellen Relkin, Esq.
 7       Weitz & Luxenberg (Co-Lead Counsel)
         700 Broadway
 8       New York, NY 10003
         (212) 558-5715
 9
         Mark P. Robinson, Esq. & Daniel S. Robinson, Esq.
10       Robinson, Calcagnie & Robinson
         620 Newport Center Drive, 7th Floor,
11       Newport Beach, CA 92660
         (949)720-1288
12
         Steven J. Skikos, Esq. & Mark G. Crawford, Esq.
13       Skikos, Crawford, Skikos, et al (Co-Lead Counsel
         625 Market Street, 11th Floor
14       San Francisco, CA 94105
         (415) 546-7300
15
16    PLAINTIFFS' STEERING COMMITTEE

17       Esther Berezofsky, Esq.
         Williams Cuker Berezofsky
18       Woodland Falls Corporate Center
         201 Lake Drive East, Suite 101
19       Cherry Hill, NJ  08002-1163
         (856)667-0500
20
21       Jane Conroy, Esq & Paul J. Hanley, Jr.
         Hanley Conroy, et al
22       112 Madison Avenue
         New York, NY 10016-7416
23       (212)784-6400
24
25
```

1    PLAINTIFFS' STEERING COMMITTEE (continued)

2        Leonard A. Davis, Esq
         Herman Herman Katz & Cotlar
3        820 O'Keefe Avenue
         New Orleans, LA 70113
4        (504)581-4892

5        Wendy Fleishman, Esq. & Kent L. Klaudt, Esq.
         Lief Cabraser Heimann & Bernstein
6        275 Battery Street, 29th Floor
         San Francisco, CA 94111-3339
7        (415)956-100

8        Lawrence J. Gornick, Esq.
         Levin, Simes, Kaiser & Gornick
9        44 Montgomery Street, 36th Floor
         San Francisco, CA 94104
10       (415)646-7179

11

         Seth A. Katz, Esq.
12       Burg, Simpson, Eldredge, Hersh & Jardine
         40 Inverness Drive East
13       Englewood, CO 80112
         (303)792-5595

14

15       Mark Lanier, Esq. & Paul R. Cordella, Esq.
         Lanier Law Firm
16       126 East 56th Street, 6th Floor
         New York, NY 10022
17       (212)421-2800

18

         Michael London, Esq. & Virginia E. Anello, Esq.
19       Douglas & London
         111 John Street, Suite 1400
20       New York, NY  10038
         (212)566-7500

21

22       Donald A. Migliori, Esq.
         Motley Rice, LLC
23       321 South Main Street
         Providence, RI  02903
24       (401)457-7709

25

1   PLAINTIFFS' STEERING COMMITTEE (continued)

2       Hon. Peter J. Polos, Esq. (Ret.)
        Panish, Shea & Boyle, LLP
3       11111 Santa Monica Blvd, Suite 700
        Los Angeles, CA  90025
4       (310)477-1700

5

        Navan Ward, Jr., Esq.
6       Beasley Allen et al
        234 Commerce Street
7       Montgomery, AL  36103-4160
        (334)269-2343

8

9       Jamie L. Sheller, Esq.
        Sheller Law Offices
10      1528 Walnut Street, Third Floor
        Philadelphia, PA  19102
11      (215)790-7300

12

13  Plaintiffs' Liaison Counsel

14      Michelle L. Kranz, Esq. & David W. Zoll, Esq.
        Zoll Kranz & Borgess, LLC
15      6620 West Central Avenue, Suite 200
        Toledo, OH  43617
16      (419)841-9623

17

18  Science Committee

19      John Restaino, Esq. & Lori Restaino, Esq.
        The Restaino Law Firm
20      1512 Larimer Street, Suite 710
        Denver, CO  80202
21      (720)924-2006

22      Chris Seeger, Esq.
        Seeger Weiss, LLP
23      1 William Street
        New York, NY  10004
24      (212)584-0700

25

```
 1    Discovery Committee

 2

 3        Thomas R. Anapol, Esq.
          Anapol Schwartz
 4        1040 Kings Highway North, Suite 304
          Cherry Hill, NJ 08034
 5        (215)790-4572

 6        Richard Arsenault, Esq.
          Neblett Beard & Arsenault
 7        2220 Bonaventure Court
          Alexandria, LA 71309
 8        (800)256-1050

 9        Turner Branch, Esq. & Brent M. Ferrel, Esq.
          Branch Law Firm
10        2025 Rio Grande Boulevard, NW
          Albuquerque, NM  87104
11        (505)243-3500

12        Hezekiah Sistrunk, Jr., Esq. & Jane Lamberti Sams, Esq.
          The Cochran Law Firm
13        127 Peachtree Street, NE, Suite 800
          Atlanta, GA  30303
14        (404)222-9922

15

16    Law & Motions Committee

17

18        Timothy J. Becker, Esq.
          Zimmerman Reed
19        1100 ID Center
          80 South 8th Street
20        Minneapolis, MN  55402
          (612)341-0400
21

22        Tara D. Sutton, Esq. & Vincent J. Moccio, Esq.
          Robins Kaplan Miller & Ciresi, LLP
23        2800 LaSalle Plaza
          800 LaSalle Avenue
24        Minneapolis, MN  55402-2015
          (612)349-8754
25
```

1    Defendants' Co-Lead Counsel

2        Robert C. Tucker, Esq.
         Tucker Ellis & West LLP
3        1150 Huntington Bldg
         925 Euclid Avenue
4        Cleveland, OH  44115-1475
         (216)696-3258

5

6        Susan M. Sharko, Esq.
         Drinker Biddle & Reath LLP
7        500 Campus Drive
         Florham Park, NJ
8        (973)549-7350

9

10   Defendants' Liaison Counsel

11       Kristen L. Mayer, Esq.
         Tucker Ellis & West LLP
12       1150 Huntington Bldg
         925 Euclid Avenue
13       Cleveland, OH  44115-1475
         (216)696-3258

14

15   ALSO PRESENT AS PLAINTIFF'S COUNSEL

16

         Samuel L. Davis, Esq.
17       Davis, Saperstein & Salomon, PC
         375 Cedar Lane
18       Teaneck, NJ  07666
         (201)907-5000

19

         David L. Ferrera, Esq.
20       Nutter, McClennen & Fish, LLP
         Seaport West, 155 Seaport Blvd.
21       Boston, MA  02210
         (617)439-2247

22

         Ann S. Grayson, Esq. & Michael R. Conner, Esq.
23       Barnes & Thornburg, LLP
         11 South Meridian Street
24       Indianapolis, IN  46204-3535
         (317)231-7270

25

```
 1    ALSO PRESENT AS PLAINTIFF'S COUNSEL (continued)

 2
        David R. Schmahamann, Esq.
 3      1577 Beacon Street
        Brookline, MA  02446
 4      (617)739-1302

 5      Michael Goetz, Esq.
        Morgan & Morgan
 6      One Tampa City Center
        201 North Franklin Street, 7th Floor
 7      Tampa, FL  33602
        (813)223-5505
 8
        Christopher L. Coffin, Esq.
 9      Pendley, Baudin & Coffin, LLP
        24110 Eden Street
10      Plaquemine, LA  70765-0071
        (225)687-6396
11
        John F. Romano, Esq.
12      Romano Law Group
        EcoCentre, The Living Building
13      1005 Lake Avenue
        Lake Worth, FL  33460-3709
14      (561)533-6700

15      Willard J. Moody, Jr., Esq.
        The Moody Law Firm
16      500 Crawford Street, Suite 300
        Portsmouth, VA  23704
17      (757)393-4093

18      John David Hart, Esq.
        Wells Fargo Tower
19      201 Main Street, Suite 1720
        Fort Worth, TX  76102
20      (817)870-2102

21      Thomas L. Wagstaff, Esq.
        Wagstaaff & Cartmell, LLP
22      4740 Grand Avenue, Suite 300
        Kansas City, MO  64112
23      (816)701-1100

24

25
```

1    ALSO PRESENT AS PLAINTIFF'S COUNSEL (continued)

2

3    James T. Thompson, Esq.
     Edelman & Thompson, LLC
     3100 Broadway, Suite 1400
4    Kansas City, MO  64111
     (816)994-8303
5

6    Gregg J. Borri, Esq.
     61 Broadway, Suite 2820
7    New York, NY  10006
     (212)980-8866
8

9    T. Scott Allen, Esq.
     Bailey Perrin Bailey
10   The Lyric Centre
     440 Louisiana, Suite 2100
11   Houston, TX  77002
     (713)425-7100
12

13   Matthew T. Moore, Esq.
     Alters Law Firm
14   4141 Northeast 2nd Avenue, Suite 201
     Miami, FL  33137
15   (305)571-8550

16   Andrew R. Young, Esq.
     Nurenberg, Paris, Heller & McCarthy
17   1370 Ontareo Street, Suite 100
     Cleveland, OH  44113
18   (216)621-2300

19

20   Roger Nail, Esq.
     Goza & Honnold
21   11150 Overbrook Road, Suite 250
     Leawood, KS  66211
22   (913)451-3433

23

24

25

1    Thereupon, the following proceedings were held:

2                      — — — — — — — — — — — —

3                    Tuesday, February 8th, 2011

4              THE COURT:  Thank you, ladies and gentlemen.  As

5    you all know, this is the first formal meeting in this MDL,

6    the DePuy Hip Recall, and I welcome you and hope you will

7    find it informative.  A if you introductory remarks would

8    seem appropriate at this juncture before getting into the

9    short agenda which we have.  It is my hope, as The Judge in

10   this case, as it is in all cases, my hope that this MDL

11   will, as the other which I have been involved in for the

12   past five years, will be as expeditiously handled as

13   anticipated in a spirit of mutual cooperation.  That

14   mutuality of cooperation obviously will not be done in the

15   relinquishment of any of clients' rights.  I would

16   anticipate that counsel will, within that spirit of

17   cooperation, vigorously represent the claims and rights of

18   their respective clients.

19              As you undoubtedly know by now, we have placed on

20   record an order permitting original filings in the Northern

21   District of Ohio, which is where I sit and which has been

22   designated as the home district for the MDL.  This will

23   thus permit the parties to take advantage of the expediency

24   offered by filing electronically, and thus avoiding the

25   typical three month delay which occurs with the transfer

1    and other normal MDL tagalong noticing procedures.

2          With that said, I'd like now to recognize either

3    Steve Skikos or Ellen Relkin for some brief opening

4    remarks.

5          MS. RELKIN:  Good afternoon, Judge.  We had very

6    productive meetings this morning, first just with counsel,

7    both Plaintiff's and defense counsel together, co-leads,

8    and then the executive committee meeting with Your Honor

9    and defense counsel, and I think we're well on our way

10   towards productive moving of this litigation.  Obviously,

11   we have a lot clients and serious injuries and we want to

12   move this very quickly and take discovery.

13         There's already been Rule 26 conferences getting

14   scheduled.  We have a committee amongst the PSC and

15   executive committee.  We have discussed Broadspire issues

16   which have a lot of process issues of importance, and

17   that's going to get discussed and worked out in more

18   detail, federal state cooperation issues and science

19   preservation issues, a lot of technical issues.  Also, we

20   have a committee of people who have been working with

21   experts who are meeting with defendants.

22         So I think a lot of the critical issues, we have

23   committees and we're welcoming more input from other

24   plaintiff's counsel here and we're well on our way with

25   working with the defendant to have an orderly litigation.

1          THE COURT:  Thank you, Ellen.  Mr. Tucker?

2          MR. TUCKER:  Your Honor, I would echo everything

3     that Ellen said, and in terms of we're ready to roll-up our

4     sleeves and get to work.  We know that there's A lot to be

5     done and we're going to get to it.  In terms of where we

6     stand I said on the agenda, do you want me to turn to the

7     agenda, Judge, quickly?

8          THE COURT:  I think that would be appropriate.

9          MR. TUCKER:  So there have been five CTO's that

10    have been issued, Your Honor, and so those cases as they

11    are filed are being tagged and brought to the MDL.  And now

12    with the direct filing that The Court has put on, we're

13    beginning to see some direct filings in the MDL, so we

14    expect that that process will continue to bring cases into

15    the MDL.

16          In terms of state court coordination, those cases

17    that don't make their way to the MDL are being coordinated

18    in the two jurisdictions where there are cases being filed.

19    In California, there's going to be state court coordination

20    in California, there's a hearing on March 1st, and then

21    there will be state court coordination in New Jersey.  So

22    we believe that importantly the coordination between the

23    MDLs and state courts will occur as we move forward.

24          THE COURT:  Anything to add on that agenda item?

25          MR. SKIKOS:  No, Your Honor.  We believe that

```
1    we're a unified plaintiffs bar that are going to prosecute

2    these cases very strongly.  California has already met.  We

3    have a hearing on March 1st with a potential coordination

4    judge.  And all of us in California who have met have --

5    want to cooperate and work together in the prosecution of

6    these cases.

7              THE COURT:  What about New Jersey?

8              MS. RELKIN:  New Jersey has far fewer Plaintiffs

9    as of now, there's not that many cases in suit.  There has

10   been a petition that Defendants filed for consolidation,

11   and The Court has not yet ruled on the AOC in Trenton, but

12   there will be one of three judges whom it will go, either

13   in North Jersey, Middle Jersey or South Jersey, and time

14   will tell.  There are some overlapping people, there are

15   some individuals who have filed some cases who I'm not sure

16   if they're involved in the MDL at this point, but well

17   endeavor to coordinate.

18             THE COURT:  As I've discussed more than once, it

19   is my hope and intent that we will experience and enjoy as

20   significant and profitable coordination between and among

21   the bar, and particularly the Plaintiffs bar but also

22   Defense, as there has been in other MDLs in which I've been

23   involved.  And we would hope that, and I'm sure this will

24   happen, that once the coordinating judges in both New

25   Jersey and California have been designated and given time
```

1    to get their respective feet on the ground, we will have

2    conversations leading toward that same type of coordinating

3    activity, which we've experienced in other MDLs and which I

4    think are beneficial, not just to the litigants, but to The

5    Court as well, and I'm looking forward to that coming to

6    fruition within the next 60 to 90 days.

7            By coming to fruition, I'm talking about of course

8    the judges in state court in both New Jersey and California

9    being designated and our opportunity to discuss

10   coordinating our efforts to the best that we can without

11   failing to recognize the independency of the state courts

12   from the federal courts, which has been historical and

13   continuing.

14           Anything else on coordination efforts at this

15   juncture from either the Plaintiffs or the Defendant?

16           MS. RELKIN:  No, Your Honor, not from the

17   Plaintiffs.

18           MR. TUCKER:  No, Your Honor.

19           THE COURT:  Broadspire.

20           MS. SHARKO:  Broadspire, DePuy is committed to

21   seeing that patients who need medical care as a result of

22   the recall get that care and treatment.  This is being done

23   through a third party outfit called Broadspire, which will

24   address the reasonable and customary expenses for testing,

25   evaluation, revision surgery if necessary, and

1    out-of-pocket expenses.

2              If the parties do not want their clients to deal

3    directly with Broadspire, Broadspire will deal with the

4    lawyers.  The lawyers just have to send a letter of

5    representation to Broadspire and indicate the name and

6    identifying information for that patient or plaintiff,

7    because lot of people have common names, and then they can

8    deal directly with Broadspire.  People who receive these

9    medical benefits do not sign releases giving up any of

10   their rights.

11             Thank you.

12             THE COURT:  It's my understanding that the only

13   releases would be that release which is necessary to obtain

14   the medical information to identify the hip joint that was

15   utilized; am I correct?

16             MS. SHARKO:  Correct.  Anybody who gets an

17   orthopedic implant should have a sticker on their operative

18   chart which identifies the maker of the implant so we can

19   be sure it's an ASR, and so people participating in the

20   Broadspire Program are asked to sign medical record

21   releases, not for their whole medical history going back in

22   time, but for the records related to implant and explant

23   surgeries.

24             THE COURT:  Mr. Skikos?

25             MR. SKIKOS:  We have met and conferred with the

1    defendants a couple of times over the last couple of weeks

2    on the Broadspire issue.  We on the executive committee

3    recognize that our primary obligation is to our clients,

4    who are also patients, and if there's a benefit to be

5    provided to them, that is something that we encourage.

6         We understand that their litigation rights are

7    fully preserved, our clients'.  We understand that they're

8    not asking for a settlement release.  And we have, in

9    furtherance of the cooperation, put together a subgroup who

10   will deal with The Defendants from our perspective on

11   process issues.  We want to make it clear that we, the

12   lawyers who represent the clients, who provide the client's

13   name to The Defendants are willing to and want to talk to

14   Broadspire for the benefit of our clients.

15        THE COURT:  Anything else on this issue, ladies

16   and gentlemen?

17        MS. SHARKO:  No, Your Honor.

18        THE COURT:  Thank you.  Let's talk about the

19   explant preservation protocol that the parties are working

20   on creating.

21        MR. TUCKER:  Your Honor, as I've said to many of

22   the lawyers here that have contacted us about the explants

23   that may have been removed at the time of revision surgery,

24   DePuy has not been taking possession of explants since the

25   recall and they have been either preserved by the lawyers

1    here on behalf of their clients, or the hospitals have kept

2    them.

3         Important to I think all of us in the litigation

4    here in the MDL, and actually everywhere, is to have an

5    agreed upon preservation protocol that is followed by not

6    just DePuy and not just The Plaintiffs.  We don't want to

7    have conflicting protocols, because at the end of the day

8    we don't want someone to attribute a finding on an explant

9    to the protocol that was used in the examination.  So we

10   are committed to working out a protocol that both sides

11   will adhere to.

12        I understand that The Plaintiffs Executive

13   Committee has appointed Mr. Kennedy to discuss this issue

14   with us.  We actually have had some discussions.  We will

15   work through these issues and I think we will be able to

16   present to The Court a preservation protocol that both

17   sides agree upon.

18        THE COURT:  Thank you.

19        MR. KENNEDY:  Yes, Your Honor.  I heard

20   Mr. Tucker's comments, and maybe more specifically I think

21   we've reached an agreement with respect to contact versus

22   non-contract profilometry.  We've reached an agreement with

23   respect to decoupling of the different components of the

24   explant.  We still have further discussions with respect to

25   Citex (ph) and some of the synovial fluid.  And then we

1   need to be a little bit creative between the two of us as

2   to how we impress upon the hospitals that they play an

3   important role in the preservation of important evidence,

4   but we'll work through the issues.

5          THE COURT:  And I would request that you come

6   forward to the court reporter so that afterwards so that

7   she can have the correct spelling for the record of those

8   technical terms.

9          MR. KENNEDY:  I have a hard time saying it, but I

10  have it written down.

11         THE COURT:  Thank you.  As I said this morning,

12  and I will repeat, it is extremely important to this

13  litigation that the explant preservation protocol be a

14  single agreed protocol which can be incorporated into a

15  court order, and therefore relied upon not just by counsel

16  for the parties, but by the parties, by physicians, and

17  very importantly as was noted, by the hospitals, and so it

18  will be transmitted to all hospitals which have received a

19  relatively similar letter on preservation efforts from

20  DePuy.

21         I encourage you to accelerate, if you will, your

22  efforts to reach a mutually agreed upon protocol so that we

23  can, as quickly as possible, achieve what I've just

24  articulated.  I think it is extremely important, and both

25  the PEC and Defense Counsel have indicated that it's of

1    equal importance to both sides and therefore to both

2    clients, those who are Plaintiffs and those who are

3    Defendants.

4         I believe that concluded the brief agenda which we

5    had.  I want you to understand --

6         MR. SEEGER:  Your Honor, I think the only other

7    item to report to The Court is we did meet this morning

8    with Defendants to talk a little bit about getting

9    discovery going.  We're going to get a letter out, set up a

10   Rule 26F conference, and work through some issues.  The

11   Defendants have expressed a desire to begin production

12   right away.  We're going to obviously do everything we can

13   to accommodate it.

14        Also, on the Plaintiffs' side, we met with your

15   newly appointed PSC and we're ready for assignment to get

16   people working and going with discovery.

17        THE COURT:  Thank you.  I would hope, I was about

18   to say only a part of it, Chris.  Thank you.  It's very

19   important that this has accelerated rapidly in

20   organizational framework and getting appropriate committees

21   of PSC appointed, designated and started, and that should

22   please everybody here and throughout The Plaintiffs' bar

23   involved in these cases.

24        MR. SEEGER:  Excuse me, Your Honor.  I should have

25   actually said this just so you know, I believe all the PSC

1    members that you appointed are in attendance in the

2    courtroom.

3         THE COURT:  Thank you.  Then I welcome them and

4    when we adjourn the formal part, I would like each of

5    you -- I'll come down and I'd like to just shake your hands

6    and get to put a name again with the face, most of which

7    faces I've only seen once on January 20th when it was kind

8    of a blur when 90 people get up and preach to you,

9    wonderful preachers.

10        But in any event, we have agreed that until

11   further notice, we will attempt to meet on a monthly basis.

12   The meetings will be somewhat of this nature, but as we go

13   on I would imagine they will be broadened as to both scope

14   and time.  But probably more importantly is the ability to

15   create a forum like this where so many outstanding counsel

16   can interact with one another and get more accomplished

17   than I can with orders.  You know from the breadth of

18   experience that each of you brings to this case, that is

19   very important, that mutuality of cooperation, in

20   particular among and between The Plaintiffs' bar and

21   between The Plaintiffs, in particular the Steering

22   Committee and the Executive Committee and Defense Counsel,

23   and I believe we're well on the way to doing that.

24        Our next meeting has been scheduled for the 9th of

25   March, hopefully in this courtroom.  We will have our usual

1      10:00 a.m. Executive Committee Meeting with The Court and

2    Defense Counsel, followed by open court proceedings at 1:00

3    p.m.

4            Have I correctly stated that from The Plaintiffs'

5    viewpoint?

6            MS. RELKIN:  Yes, Your Honor.

7            MR. TUCKER:  Yes, Your Honor.

8            THE COURT:  Thank you.  At that time we will then

9    set the following meeting and so forth, and this will go

10   out in the form of an order which will come out of this

11   meeting as well.  As I said, I would like the opportunity

12   to shake your hands and interact with you, no matter how

13   briefly or extensively you wish to do that.  And I thank

14   you very much for being here.  As I said this is the short

15   and least important of what of those things occurring today

16   and what has occurred before and what will hopefully occur

17   afterwards, because you have this courtroom until you

18   decide to relinquish it, within reason, is more important

19   and I thank you.  That concludes this hearing.

20           If you wish to be listed as present as well, then

21   please leave the court reporter your card and she will list

22   you in attendance.  Thank you.

23           (Proceedings concluded at 10:45 a.m.)

24                   - - - - - -

25

1                    C E R T I F I C A T E

2    I certify that the foregoing is a correct transcript from

3    the record of proceedings in the above-entitled matter.

4

5

6    \S\Andrea D. West              March 5th, 2010

7    Andrea D. West, RPR                Date

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25