**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br>THIS DOCUMENT APPLIES TO: ALL CASES | ) MDL Docket No. 1:10-md-2197-DAK<br>)<br>) HONORABLE DAVID A. KATZ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ORAL AND VIDEO DEPOSITION OF
DEPUY ORTHOPAEDICS, INC., PURSUANT TO F.R. CIV. P. RULE 30(b)(6)
(Retention)**

TO:  Robert C. Tucker, Esq.
     TUCKER ELLIS & WEST LLP
     1150 Huntington Building
     925 Euclid Avenue
     Cleveland, OH 44115

     Susan M. Sharko, Esq.
     DRINKER BIDDLE & REATH LLP
     500 Campus Drive
     Florham Park, NJ 07932-1047

     *Attorneys for Defendant DePuy Orthopaedics, Inc.*

PLEASE TAKE NOTICE that pursuant to Rule 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the above-captioned Multidistrict Litigation, will take the deposition of DePuy Orthopaedics, Inc. on Wednesday, April 28, 2011, at 9:00 a.m., or such other time as is agreed upon by the parties, at the offices of the Hyatt Place Indianapolis Airport, 5500 W. Bradbury Avenue, Indianapolis, Indiana 46241, or at another location mutually agreed upon by

1

the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), DePuy Orthopaedics, Inc. shall designate and produce a representative or representatives, as may be required, to testify on behalf of DePuy Orthopaedics, Inc. concerning the topics identified in Exhibit A attached hereto.

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: March 25, 2011  Respectfully submitted,

ZOLL, KRANZ & BORGESS, LLC,

By:  /s/ Michelle L. Kranz
    Michelle L. Kranz (0062479)
    ZOLL, KRANZ & BORGESS, LLC
    6620 W. Central Ave., Ste. 100
    Toledo, OH 43617
    Tel: (419) 841-9623
    Email: michelle@toledolaw.com

*Plaintiffs' Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2011, a copy of the above and foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF DEPUY ORTHOPAEDICS, INC., PURSUANT TO FED. R. CIV. P. 30(b)(6), and the Exhibit A hereto, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. It has also been served by U.S. Mail and e-mail on the counsel listed below:

    Robert C. Tucker, Esq.
    TUCKER ELLIS & WEST LLP
    1150 Huntington Building
    925 Euclid Avenue
    Cleveland, OH 44115

    Susan M. Sharko, Esq.
    DRINKER BIDDLE & REATH LLP
    500 Campus Drive
    Florham Park, NJ 07932-1047

Dated: March 25, 2011

                                        /s/ Michelle L. Kranz

                                        *Plaintiffs' Liaison Counsel*