I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/Victoria Kirkpatrick
Deputy Clerk

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| Johnny L. Allen v. DePuy Orthopaedics, Inc., et al., <br> N.D. Alabama, C.A. No. 2:11-00923 <br> Margaret Whitlock v. DePuy Orthopaedics, Inc., et al., <br> N.D. Alabama, C.A. No. 3:11-00924 | MDL No. 2197 |

## CONDITIONAL TRANSFER ORDER (CTO‑24)
## AND SIMULTANEOUS SEPARATION AND REMAND OF CERTAIN CLAIMS

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2010). Since that time, 288 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the actions on this conditional transfer order encompasses claims relating to: (1) the DuPuy ASR Hip Implant, which involve questions of fact that are common to the previously transferred MDL No. 2197 actions; and (2) the DuPuy Pinnacle Hip Implant, which do not involve such common questions of fact.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the actions on this conditional transfer order are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

All claims in these actions other than those regarding DePuy ASR Hip Implants are separated and remanded to the Northern District of Alabama.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7‑day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 25, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel