# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL Docket No. 1:10-md-2197-DAK<br><br>HONORABLE DAVID A. KATZ |
| -------------------------------------------- ) THIS DOCUMENT APPLIES TO: ) ALL CASES ) ) | |

### NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC. , JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED, ET AL.

PLEASE TAKE NOTICE that pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs in the above-referenced case, served their First Set of Requests for Production of Documents directed to Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED and any other DePuy or Johnson & Johnson named entities ("Defendants") electronically to Robert Tucker, Defendants' Co-Lead Counsel, Susan Sharko, Defendants' Co-Lead Counsel, and Kristen Mayer, Defendants' Liaison Counsel, on March 29, 2011.

Dated: March 29, 2011

Respectfully submitted,

ZOLL, KRANZ & BORGESS, LLC,

By:     /s/ Michelle L. Kranz
          Michelle L. Kranz (0062479)
          ZOLL, KRANZ & BORGESS, LLC
          6620 W. Central Ave., Ste. 100
          Toledo, OH 43617
          Tel: (419) 841-9623
          Email: michelle@toledolaw.com

*Plaintiffs' Liaison Counsel*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2011, a copy of the above and foregoing NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED ET AL. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated: March 29, 2011

    /s/ Michelle L. Kranz    .

*Plaintiffs' Liaison Counsel*