IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS | ) MDL Docket No. 1:10-md-02197 ) ) |
| This Document Relates To: ALL CASES | ) **ORDER GRANTING UNOPPOSED** ) **MOTION TO FILE MASTER** ) **CORPORATE DISCLOSURE** ) **STATEMENT APPLICABLE TO** ) **ALL INDIVIDUAL CASES** |

This Court has considered Defendants' Unopposed Motion to File Master Corporate Disclosure Statement Applicable to All Individual Cases and is of the opinion that the same should be granted.

It is, therefore, ORDERED that Defendants DePuy Orthopaedics, Inc., DePuy, Inc., DePuy International Limited, Johnson & Johnson International, Johnson & Johnson Services, Inc., and Johnson & Johnson's Master Fed. R. Civ. P. 7.1 Corporate Disclosure Statement, attached to Defendants' Unopposed Motion to File Master Corporate Disclosure Statement Applicable to All Individual Cases as Exhibit A, once filed, shall apply to all individual cases relating to DePuy ASR™ Hip Implant Products that are filed directly in MDL No. 2197, or are transferred to these proceedings.

Signed this 11th day of April, 2011.

*s/ David A. Katz*
DAVID A. KATZ
U.S. DISTRICT JUDGE

012194.004159\1238358.1