# UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION                    MDL No. 2197

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–29)**

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2010). Since that time, 329 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 12, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/Victoria Kirkpatrick
Deputy Clerk

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION**        MDL No. 2197

### SCHEDULE CTO–29 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|

**ALABAMA SOUTHERN**

| ALS | 1 | 11–00154 | Hughes et al v. Dupuy Orthopaedics, Inc. et al |

**FLORIDA MIDDLE**

| FLM | 8 | 11–00650 | The South Pinellas Medical Trust et al v. DePuy Orthopaedics, Inc. |

**GEORGIA NORTHERN**

| ~~GAN~~ | ~~1~~ | ~~11–00935~~ | ~~Hinton et al v. DC Medical, LLC et al~~ |
| ~~GAN~~ | ~~1~~ | ~~11–00936~~ | ~~Sedlar et al v. DC Medical, LLC et al~~ |
| ~~GAN~~ | ~~1~~ | ~~11–00938~~ | ~~Meaders et al v. DC Medical, LLC et al~~ |
| ~~GAN~~ | ~~1~~ | ~~11–00939~~ | ~~McDowell v. DC Medical, LLC et al~~ |
| ~~GAN~~ | ~~1~~ | ~~11–00940~~ | ~~Williams v. DC Medical, LLC et al~~ |
| ~~GAN~~ | ~~1~~ | ~~11–00944~~ | ~~Hershberger et al v. DC Medical, LLC et al~~ |

**ILLINOIS CENTRAL**

| ILC | 2 | 11–02086 | Ray v. Johnson &Johnson et al |

**ILLINOIS NORTHERN**

| ILN | 1 | 11–01829 | Chavez v. DePuy Orthopaedics, Inc. |

**KENTUCKY WESTERN**

| ~~KYW~~ | ~~5~~ | ~~11–00045~~ | ~~Johnson et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00046~~ | ~~Carnes v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00047~~ | ~~McElwayne et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00048~~ | ~~Lacey v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00049~~ | ~~Humphrey v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00050~~ | ~~Thomas v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00051~~ | ~~Kimbro et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~KYW~~ | ~~5~~ | ~~11–00052~~ | ~~Bryson et al v. DePuy Orthopaedics, Inc. et al~~ |

LOUISIANA EASTERN

| LAE | 2 | 11–00659 | Campanella v. DePuy Orthopaedics, Inc. et al |

MASSACHUSETTS

| MA | 1 | 11–10531 | Beloff v. DePuy Orthopaedics, Inc. et al |

MINNESOTA

| MN | 0 | 11–00817 | Hurkman et al v. DePuy Orthopaedics, Inc. et al |

NEW YORK WESTERN

| NYW | 6 | 11–06106 | Burritt et al v. DePuy Orthopaedics, Inc. et al |

OHIO SOUTHERN

| OHS | 3 | 11–00095 | Donatelli v. Depuy Orthopaedics, Inc. et al |

SOUTH CAROLINA

| SC | 6 | 11–00758 | Graves v. Depuy Orthopaedics Inc |

TEXAS SOUTHERN

| TXS | 4 | 11–00922 | Kalbow v. Johnson &Johnson Inc |
| TXS | 4 | 11–01100 | Riha et al v. Depuy Orthopaedics Inc et al |

TEXAS WESTERN

| TXW | 1 | 11–00243 | McCullor v. Depuy Orthopaedics, Inc. et al |
| TXW | 5 | 11–00245 | Aranda v. Depuy Orthopaedics, Inc. et al |
| TXW | 5 | 11–00246 | Owens et al v. Depuy Orthopaedics, Inc. et al |
| TXW | 5 | 11–00247 | Amick et al v. Depuy Orthopaedics, Inc. et al |
| TXW | 5 | 11–00248 | De La Garza v. Depuy Orthopaedics, Inc. et al |