# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION                MDL No. 2197

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–33)

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2010). Since that time, 333 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 18, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: s/Victoria Kirkpatrick
Deputy Clerk

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION   MDL No. 2197

### SCHEDULE CTO−33 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**GEORGIA SOUTHERN**

| GAS | 4 | 11−00084 | Taylor v. Depuy Orthopaedics, Inc. et al |

**KENTUCKY WESTERN**

| KYW | 3 | 11−00208 | Kelly v. DePuy Orthopaedics, Inc. et al |

**NEW JERSEY**

| NJ | 3 | 11−00179 | RANDALL et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−01393 | LOPEZ v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−01400 | RATCLIFF v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 11−01401 | LILES v. DEPUY ORTHOPAEDICS, INC. et al |

**NEW YORK EASTERN**

| NYE | 2 | 11−01237 | Friedman et al v. Depuy Orthopaedics, Inc. et al |

**NEW YORK SOUTHERN**

| NYS | 1 | 11−01868 | Rumsey et al v. DePuy Orthopaedics, Inc. et al |

**TEXAS NORTHERN**

| TXN | 4 | 11−00215 | Snapka et al v. DePuy Orthopaedics Inc et al |

**VIRGINIA EASTERN**

| VAE | 2 | 11−00147 | Davis v. DePuy Orthopaedics, Inc. et al |
| VAE | 2 | 11−00148 | Horne v. DePuy Orthopaedics, Inc. et al |
| VAE | 2 | 11−00161 | Kuntz v. DePuy Orthopaedics, Inc. et al |
| VAE | 2 | 11−00166 | Wescott v. DePuy Orthopaedics, Inc. et al |