1                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF OHIO
2
                    Case No. 10-MD-02197-DAK
3
IN RE:  DePUY ORTHOPAEDICS,   )
4  INC., ASR HIP IMPLANT        )
PRODUCTS LIABILITY LITIGATION)
5                               )   West Palm Beach, Florida
                               )   April 5, 2011
6  _____)

7

8             TRANSCRIPT OF STATUS CONFERENCE HEARING

9          HELD BEFORE THE HONORABLE DAVID A. KATZ

10            SENIOR UNITED STATES DISTRICT JUDGE

11

12  Appearances:

13  (As noted in the record.)

14

15  Reporter                    Stephen W. Franklin, RMR, CRR, CPE
   (561)514-3768               Official Court Reporter
16                              701 Clematis Street, Suite 417
                               West Palm Beach, Florida  33401
17                              E-mail:  SFranklinUSDC@aol.com

18

19

20

21

22

23

24

25

```
 1              (Call to the order of the Court.)

 2              THE COURT:  Thank you.  Please be seated, ladies and

 3    gentlemen.

 4              Welcome everybody back to sunny Florida.  Don't look

 5    outside, because since you came in, a wall much water

 6    descended on the Palm Beaches, and much needed water, I might

 7    add.  But hopefully this, too, will pass.

 8              We have an agenda, and I'll ask counsel to begin the

 9    discussion that I believe you were going to go first, Bob?

10              MR. TUCKER:  Sure, Your Honor.

11              Bob Tucker, for the defense.

12              Your Honor, the first agenda item is a report on the

13    MDL cases, and where we stand right now on the MDL cases is

14    that obviously cases continue to be filed.  The direct filing

15    order has assisted, I believe, in Plaintiffs being able to

16    more easily file in the MDL, and so we're seeing more direct

17    filed cases as opposed to cases coming through the conditional

18    transfer order process.

19              A later agenda item that Ms. Sharko will address and

20    Ms. Relkin will address, the short form complaint and master

21    answer.  We again are trying to put in place process that

22    makes sense for the efficient handling of the MDL and to make

23    it sensible and efficient for Plaintiffs' lawyers to file

24    their cases here.  So we expect to see that happening.

25              Very quickly I'll report on the state court cases.
```

1     We continue to see a large number of cases filed in California

2     that is the subject of a coordination proceeding which has

3     been argued and is pending resolution in California.  That

4     decision is expected to occur sometime in the coming weeks.

5     There has also been a request for coordination in New Jersey,

6     and, again, we are waiting on the Court, the Supreme Court in

7     New Jersey or the judicial court in New Jersey to set that

8     coordination proceeding.

9           There are a number of cases that have been filed in

10    state court which have been removed to federal court.  Some of

11    those cases involve motions to remand.  Those cases, once

12    removed, have been tagged to the MDL with a conditional

13    transfer order.  There are motions pending in -- before the

14    Judicial Panel on Multidistrict Litigation to vacate some of

15    those conditional transfer orders.  Some have become ripe and

16    were set for hearing I believe last week.  So we're expecting

17    orders to be issued.  It is our expectation, though of course

18    we don't know what the panel's going to do, but it is our

19    hope, I suppose I should say, that those cases come to this

20    court so that we have one jurisdiction deciding consistently

21    all of the various remand motions.

22          So that's kind of a very brief report, Your Honor, on

23    the MDL.

24          THE COURT:  I'm eternally grateful for your

25    confidence in the Court.

1          MR. TUCKER:  Well, it's nice to have one judge decide

2    everything.

3          THE COURT:  Ellen, did you have anything that you

4    wish to add?

5          MS. RELKIN:  Not particularly.

6          Ellen Relkin, Weitz & Luxenberg.  That pretty much

7    accurately describes where it is.  I mean, New Jersey we think

8    the AOC will probably decide fairly soon which county it will

9    go to, and I think there's about 30 cases pending there right

10   now.

11         THE COURT:  Thank you.

12         I want to stress something that Mr. Tucker touched

13   upon and that I've stressed to those of you in leadership

14   before and will continue to do so.  And that is this.  I have

15   and will continue to stress that process should facilitate and

16   not in any way impede not just filings in this MDL, but the

17   moving of those cases along and the moving of this MDL along

18   so as to best serve the parties, both those already in the MDL

19   and those who will become a part of the MDL.

20         I also want to stress that this court will take every

21   step appropriate, I hope appropriate, to coordinate those

22   processes and that movement, that sense of movement, and in

23   fact actuality of movement, with state court judges who will

24   be handling cases particularly larger in number, we'll get our

25   arms around them, in places like California and New Jersey.

1        Item number three, the explant.

2        Mr. Kennedy.

3        MR. KENNEDY:  Yes, Your Honor.  Eric Kennedy.

4        Your Honor, we have, after much effort, input from a

5    lot of lawyers, experts, we have finally agreed upon a

6    stipulated explant protocol preservation order.  The order

7    itself contains four different protocols, the first dealing

8    with how to get the explant from the hospital physician to a

9    testing lab or storage facility.  The second protocol deals

10   with the intake process at that facility.  The third protocol

11   deals with specific testing programs that will be conducted at

12   the testing laboratories.  And the final protocol deals with

13   the aspects and the details of storage.

14       A matter of highlighting.  You know, the order deals

15   with tissue samples removed at the time of explant surgery and

16   any explant that was implanted within the United States.  It

17   outlines the fact that if there's a violation of the protocol

18   by independent parties, such as the hospital, the physician,

19   either part can be charged with spoliation of the explanted

20   device.

21       There would be an exchange of results.  Defendants

22   have an explant, they do their testing, they will provide

23   their results to Plaintiffs and vice versa.  If a plaintiff,

24   prior to the entry of this order, obtains an explant, they

25   still must provide those results.  If the Defendants were to

1    obtain an explant prior to the entering of this order,

2    Plaintiffs were notified of that.  We have the opportunity to

3    tell them to stop testing and send us the explant because we

4    want the opportunity to evaluate it first, or we can say

5    continue with your testing, finish what you're doing and send

6    it along.

7          Although the protocols outline in great detail the

8    evaluations and testings to be done of these explants, it's

9    not exclusive to that.  Parties and their experts may go

10   beyond the protocol as long as their testing evaluation is

11   consistent with the protocol and does not involve any

12   destruction at all of the device.

13         Importantly to many people in this room is the part

14   of the order that deals and addresses with the hospitals and

15   the physicians, the preservation of that explant and the

16   tissue on that explant prior to sending it to the testing lab.

17   It indicates, number one, that Depuy will not interfere and

18   does not object to any agreement that Plaintiff's counsel

19   reaches with the hospital with respect to preservation and the

20   shipping of tissue and explants.  It also indicates that if

21   there is a disagreement between the hospital, Plaintiff's

22   counsel or the Plaintiff themselves and the preservation of

23   the explant, the tissue or how it is to be shipped, that the

24   Court will become involved in that process and help resolve

25   that dispute.

1          Anything I missed?

2          MR. TUCKER:  Nothing more, Your Honor.

3          THE COURT:  Thank you.

4          MR. TUCKER:  Thank you.

5          THE COURT:  Thank you very much.

6          It is my very humble opinion, as complete and concise

7     at the same time as any order of that nature that I have ever

8     seen, and I want to congratulate those of you who worked on

9     this for completing it in a timely fashion.  I should have

10    added at the beginning that if there are those who wish to

11    raise a question, et cetera, during the time we are together,

12    please approach the lecturn and identify yourself to the court

13    reporter and the Court.  Those of you who have other questions

14    that you wish to ask of me or any of the other members of the

15    leadership, please feel free to do so after we have adjourned.

16         Thank you.

17         Mr. Tucker, did you want to address the protective

18    order issue?

19         MR. TUCKER:  Yes, very briefly.

20         Bob Tucker.

21         Your Honor, similarly, we have worked with the

22    Plaintiffs' executive committee and their discovery committee,

23    actually, and have agreed upon a stipulated MDL protective

24    order that will be put into place so that we can continue this

25    process of getting documents ready to produce here in the MDL.

1   Our interest is in making sure that protective

2   confidentiality, protected document issues don't delay the

3   document production.  We want to be able to begin to produce

4   documents here in the MDL.  And so with the understanding that

5   that's in everybody's interest that the documents be produced,

6   we've negotiated and will put in place this protective order,

7   it's been submitted to the Court for signature, so that at

8   least that has now been resolved and put aside so that we can

9   continue the next steps in terms of the document production.

10          MR. SKIKOS:  Steve Skikos.

11          Just so you know, the protective order that we've

12  agreed to is done without prejudice to either side to argue

13  and address the legitimate confidentiality trademark

14  protective issues after the documents are produced.  So the

15  fact that the protective order exists right now does not mean

16  that the Plaintiffs agree that the documents should be

17  protected, it just means that we are -- both sides are, for

18  the speed and the timing of these production, to move it

19  faster, are going to operate under this protective order until

20  such time as we review the documents and then, if we need to,

21  challenge them.

22          Thank you.

23          THE COURT:  And the Court in the past, as I indicated

24  to you, Mr. Skikos, and to others, has had similar approaches

25  to discovery items being treated as confidential across the

 1    board and then will develop a process of in camera review of

 2    any and all of those documents produced which are alleged not

 3    to have such confidentiality and will rule accordingly,

 4    hopefully in an expeditious fashion.

 5              It's my understanding that the parties have agreed

 6    upon a short form complaint and master answer.  Who wishes to

 7    address that issue?

 8              MS. SHARKO:  Susan Sharko, for the Defense.

 9              Yes, the parties have agreed on a short form

10    complaint and a master answer.  The forms will be appended as

11    exhibits to the order which I understand will be entered

12    shortly, and that will facilitate and streamline the pleadings

13    process in the case.  The parties will deal with motions as to

14    the sufficiency of the complaints down the road but not at the

15    present time.

16              THE COURT:  It's my understanding, Ms. Sharko, that

17    at such time as a case is segregated, for instance as a

18    bellwether, at that time the parties shall have the right to

19    file an amended complaint before then delineating the exact

20    elements and claims in an amended complaint, and likewise the

21    Defendants will have the opportunity to address that amended

22    complaint.

23              MS. SHARKO:  Exactly right.

24              Thank you.

25              THE COURT:  You're welcome.

1          MS. RELKIN:  Just a little more amplification,

2     because a couple things are a little unusual.

3          Generally, when we've had master -- we've had short

4     form complaints is an accompanying master long form.  Here

5     there is not at this juncture.  Defendants wanted the right to

6     ask for one down the road, but right now, for expedience,

7     there is no long form that's getting incorporated.  It's just

8     the short form.

9          Secondly, Defendants wanted and we've agreed to have

10    one answer filed.  So they're not going to, after Plaintiffs

11    file an individual short form, we're not going to receive an

12    individual answer.  There's going to be one omnibus answer on

13    file with affirmative defenses that's basically for all

14    purposes.  So that's a little different than what we've seen

15    in other MDLs, but I think this will just make everyone's life

16    easier to get these cases in suit and get to the merits.

17          THE COURT:  Anything further on that particular

18    issue?

19          Preliminary disclosure forms.  I believe here we're

20    talking about two different disclosure forms, one a very short

21    form, probably single page, and one a much more detailed one

22    than many of us are familiar with.

23          Mr. Skikos.

24          MR. SKIKOS:  Steve Skikos.

25          So this litigation we have agreed in concept to a

1    single-page form -- we haven't finished it, but we're almost

2    done -- that will address -- it will give both sides a better

3    understanding of what the scope of this case is about.

4         So as you know, in this particular case a certain

5    percentage of the patients still have the implants inside of

6    them, and the decision to remove the implant is, of course, a

7    medical decision.  And what we are trying to do, in help with

8    Judge Polster in the Gadolinium cases, is actually the

9    executive committee kept an active tally of all of the NSF

10   cases from every aspect of wrongful death, who was the

11   manufacturer, a lot of information.  We actually did all that

12   work.

13        This one-page form sort of hit me when I was walking

14   up here is very similar, because this is going to give both

15   sides data on the patient population that will be in this MDL,

16   and I actually, before we started this particular hearing,

17   approached California, and I think we want to do the same

18   thing there.

19        So we might have a very large pool of information

20   from this one-page form and information from the Defense, much

21   less information from them, but we'll get some, that will be

22   helpful to the parties to quickly get their hands around what

23   kind of cases we have here.  So we're going to try it in this

24   litigation.

25        MS. SHARKO:  Nothing further.

```
1              THE COURT:  Am I correct that you're going to

2     finalize your -- as between Plaintiffs and Defendants, the

3     form of that, and then we'll address in relatively short due

4     course, so to speak, the more extensive plaintiff and

5     defendant disclosure forms down the line, and that the -- as I

6     understand it, that some period between 30 and 60 days that

7     short form will be filed, 30 and 60 days after the filing of a

8     complaint?  Is that correct?

9              MR. TUCKER:  Bob Tucker.

10             Yes, Your Honor.  The plan on the what we're calling

11    the preliminary information sheet, as distinguished from a

12    plaintiff fact disclosure or a defense fact disclosure, but

13    this plaintiff information sheet is really -- it doesn't

14    require a lot of review of information or collection of a lot

15    of records.  It really is information that probably is in the

16    hands of each of the Plaintiffs' lawyers at the time they file

17    the complaint.  So the goal is that that should be able to be

18    filed very shortly after a complaint is filed, and for the "X"

19    number of cases that are already filed, that will be

20    information that is really fairly easily pulled together so

21    that we can, again, as Mr. Skikos has indicated, have a fix on

22    the inventory of cases in the MDL.

23             So we'd like to see, on the cases presently filed,

24    we'd like to see this form filled out within 30 days, if at

25    all possible.
```

```
 1                    THE COURT:  Thank you.

 2               Ms. Relkin.

 3               MS. RELKIN:  Yes.

 4               Mr. London just reminded me.  You know, the service

 5     rules are 120 days.  And, well, you know, many people after

 6     you file a complaint pretty much do service contemporaneously.

 7     There may be a given reason here or there in the odd case that

 8     service occurs later.  So we just think it should run from

 9     service of the complaint as opposed to filing of the

10     complaint, the trigger date.

11                    THE COURT:  Whatever you work out.

12               MR. TUCKER:  That's fine.

13                    THE COURT:  That's fine.

14               MS. RELKIN:  Secondly, somebody passed up a note.  So

15     if I can just address it since everybody's here.  Someone

16     asked with regard to the short form complaints, what about

17     service of process, is it waived, do you still need to send

18     waivers.  We discussed this with Defendants.  Defendants still

19     wanted to have regular service in accordance with the federal

20     rules.  So service is the same as it's always been.  I mean,

21     you can do mail service pursuant to the federal rules.

22                    THE COURT:  Correct.

23               MS. RELKIN:  We tried.

24                    THE COURT:  Okay.  Status under Rule 26 conference

25     update.
```

1          MR. ROBINSON:  I'm Mr. Robinson, Mark Robinson.  Good

2     afternoon, Your Honor.

3          THE COURT:  Good afternoon.

4          MR. ROBINSON:  I think it's important -- we've had

5     several meetings, Rule 26 meetings with the Defense, and

6     Mr. Canure (phonetic) and Jeff Hewitt I think was on the

7     phone, and there were some others there.  And, of, course,

8     Mr. Gornick and Mr. Penick (phonetic) and others from our

9     discovery team were on these calls.

10          I think that there's a balance.  We want to get these

11     documents produced.  On the other hand, we want them produced

12     in the best manner possible.  We don't want to just get

13     documents, we want to get discoverable-type documents.  So

14     that's sort of what's been anything on.

15          But I do think the meetings have been very positive

16     today, Your Honor, and we're having another one Thursday at

17     2:30.  That's positive.  Our electronic information discovery

18     people are having a call tomorrow.  So they're going to talk,

19     which is unheard of, I think.  I mean, I've been there in

20     other litigations where the lawyers have their consultants

21     there, but to actually have our consultants talk tomorrow, I

22     think that will be a first.

23          We are -- last night, Mr. Gornick gave the Defense an

24     updated list of sort of a compromise on just asking them to

25     produce native format, but maybe giving us meta data fields

1    and like, and they're going to look at that.  They haven't had

2    a chance to really look at it.  And then tonight, Daniel

3    Robinson has put together a list of search terms that we've

4    gotten from various people in the litigation.  We're going to

5    give that to the Defense, as well.

6         So I think we're moving along, and hopefully the next

7    time we come before you we have a Rule 26 order, Your Honor.

8         Thank you very much.

9         THE COURT:  Thank you.  Thank you.

10        MR. TUCKER:  Bob Tucker.

11        I always try to agree with Mark Robinson.  So the

12   fact of the matter is we have had these conferences.  There

13   are a lot of issues that the parties have tried to walk

14   through as they work through this 26F(f) conference report.

15   We did get some new proposals last night, which of course we

16   haven't analyzed yet.  And then we will, of course, take a

17   look at what we get from Dan Robinson yet today.  So we're

18   moving along.

19        THE COURT:  Well, you'll be working with the top of

20   the clan with Dan.

21        MR. TUCKER:  Well, that's exactly right.

22        THE COURT:  I should say, and maybe save it to the

23   end, but I might forget it.  What has occurred to date in this

24   MDL, maybe it's not unique, but it is certainly approaching

25   that status.  The cooperation between and among counsel is and

```
 1    has been and hopefully will continue to be extremely -- it's

 2    outstanding.  It's not always thus.  In talking with other

 3    judges around the country over these past half dozen years in

 4    my involvement in MDLs, that may be the most significant

 5    complaint is the difficulty in obtaining cooperation.  It

 6    certainly is near the top of the list.  And so I commend you

 7    and encourage you to at least endeavor to continue that

 8    measure of cooperation.

 9            Before we go to the next, I want to emphasize

10    something.  There are various attorneys who have been placed

11    in positions of responsibility.  You've heard from some of

12    them.  And we have, as well, liaison counsel.  The role of

13    liaison counsel is extremely important, and liaison counsel is

14    sitting over here.

15            Michelle, would you please stand up.

16            And that lady, who happens to be an excellent

17    attorney, has appeared before me many times, irrespective of

18    her very, very young age, is like a conduit for you folks as

19    between you, the Plaintiffs' executive committee and the

20    Court.  Please avail yourself of that.  Utilize Michelle as a

21    resource as you would others in executive roles.

22            Thanks, Michelle.

23            Let's move to item eight, which involves the scope of

24    the cases contained in the MDL.  And I have indicated that

25    this MDL will contain all ASR cases.  There are various types
```

1    of those cases, and Mr. Tucker is better capable of explaining

2    that than I.  But I have agreed that all of those ASR cases

3    will be properly a part of this MDL.

4            Bob?

5            MR. TUCKER:  Yes.  I mean, referring to ASR

6    generally, I mean, all ASR cases, if you have a ASR with a

7    100-cup series or a 300-cup series it belongs in this MDL.  If

8    you have a case that involves a total hip arthroplasty, you

9    know, with a ASR XL, that's here.  And there are some that

10   have resurfacing cases, resurfacing hip systems, and those

11   also should be filed in this MDL.

12           The JPML, in a footnote in the transfer order, raised

13   the question as to whether resurfacing cases should be a part

14   of this MDL.  The Defense believes and I think the Court has

15   indicated that it believes that ASR resurfacing cases, as

16   well, should be transferred in here.  And so we will, as those

17   are filed, tag them to the MDL.

18           THE COURT:  Anything?

19           MS. RELKIN:  I think we discussed there was going to

20   be CMO, just clarifying that.

21           THE COURT:  Yes.

22           The final item on my agenda involves patient

23   solicitation.  I'm not going to be expansive about this

24   because I still have it under consideration.

25           It has come to my attention that there is a firm in

1   Texas which has sent out hundreds, thousands of letters to

2   physicians asking for them to refer ASR revision patients to

3   them and offering to pay the cost of those revisions if the

4   patient cannot.  I've reviewed those letters, as I've said,

5   that have given me this information, and there is much more

6   background work that I need to do.  And I have -- I will tell

7   you that I'm taking it under consideration, because ethical

8   constraints in various states do, in fact, vary, and I want to

9   make sure where I'm going before I get there.

10          But I do want you to understand something, and I want

11  everybody to understand something.  I've practiced law or been

12  on the bench since 1957, and I have always felt that ethical

13  constraints are just as important as the law, and maybe more

14  important.  And I want to stress that if there is violation of

15  ethical constraints, either violation of, for instance, those

16  incumbent upon us as lawyers to follow or those incumbent upon

17  doctors to follow, I intend to address it strongly.  For

18  instance, and this is only a for instance, it seems to me,

19  based upon the little time I've had to reflect, that the

20  decision which impacts this case of whether or not it is time

21  to or necessary to have a revision of the hip implant, joint

22  implant, is a decision to be reached between doctor and

23  patient, not lawyer and client.  But that's just me.

24          But I want everybody to know and the word to go forth

25  that we who sit in these cheap black robes take extremely

1   serious, seriously the ethical guidelines and mandates

2   incumbent upon those appearing before us and upon us are very

3   seriously taken, and especially by this judge.

4           Any questions with regard to that?  Any observations?

5           Do you have anything to say, Michael?

6           MR. LONDON:  I do not, Your Honor.

7           THE COURT:  Thank you.

8           Anything further with respect to any item we have

9   discussed or any item which you believe it is important to

10  address at this juncture in our MDL process?

11          Anything further from any member of the executive

12  team for the Plaintiffs?

13          VOICES:  No, Your Honor.

14          THE COURT:  Defendants?

15          MS. SHARKO:  No, sir.

16          MR. TUCKER:  No, Your Honor.

17          THE COURT:  I want to thank all of you for being

18  here.  I encourage you to stay around and chat, because it

19  must be pouring outside.  But have good trips home.

20                          CERTIFICATE
        I, Stephen W. Franklin, Registered Merit Reporter, and
21  Certified Realtime Reporter, certify that the foregoing is a
    correct transcript from the record of proceedings in the
22  above-entitled matter.
        Dated this 18th day of APRIL, 2011.
23
        /s/Stephen W. Franklin
24  _____
    Stephen W. Franklin, RMR, CRR
25

**/**

/s/Stephen [1]  19/23

**1**

10-MD-02197-DAK [1]  1/2
100-cup [1]  17/7
120 [1]  13/5
18th [1]  19/22
1957 [1]  18/12

**2**

2011 [2]  1/5 19/22
26 [3]  13/24 14/5 15/7
26F [1]  15/14
2:30 [1]  14/17

**3**

30 [4]  4/9 12/6 12/7 12/24
300-cup [1]  17/7
33401 [1]  1/16
3768 [1]  1/15

**4**

417 [1]  1/16

**5**

514-3768 [1]  1/15
561 [1]  1/15

**6**

60 [2]  12/6 12/7

**7**

701 [1]  1/16

**A**

able [3]  2/15 8/3 12/17
above [1]  19/22
above-entitled [1]  19/22
accompanying [1]  10/4
accordance [1]  13/19
accordingly [1]  9/3
accurately [1]  4/7
across [1]  8/25
active [1]  11/9
actuality [1]  4/23
actually [5]  7/23 11/8 11/11 11/16 14/21
add [2]  2/7 4/4
added [1]  7/10
address [11]
addresses [1]  6/14
adjourned [1]  7/15
affirmative [1]  10/13
after [7]
afternoon [2]  14/2 14/3
again [3]  2/21 3/6 12/21
age [1]  16/18
agenda [4]  2/8 2/12 2/19 17/22
agree [2]  8/16 15/11
agreed [8]
agreement [1]  6/18
alleged [1]  9/2
almost [1]  11/1
along [5]  4/17 4/17 6/6 15/6 15/18
already [2]  4/18 12/19
also [4]  3/5 4/20 6/20 17/11
Although [1]  6/7
always [4]  13/20 15/11 16/2 18/12
Am [1]  12/1
amended [3]  9/19 9/20 9/21

among [1]  15/25
amplification [1]  10/1
analyzed [1]  15/16
another [1]  14/16
answer [6]  2/21 9/6 9/10 10/10 10/12 10/12
any [12]
anything [8]
AOC [1]  4/8
aol.com [1]  1/17
Appearances [1]  1/12
appeared [1]  16/17
appearing [1]  19/2
appended [1]  9/10
approach [1]  7/12
approached [1]  11/17
approaches [1]  8/24
approaching [1]  15/24
appropriate [2]  4/21 4/21
April [2]  1/5 19/22
argue [1]  8/12
argued [1]  3/3
arms [1]  4/25
around [4]  4/25 11/22 16/3 19/18
arthroplasty [1]  17/8
aside [1]  8/8
ask [3]  2/8 7/14 10/6
asked [1]  13/16
asking [2]  14/24 18/2
aspect [1]  11/10
aspects [1]  5/13
ASR [9]
assisted [1]  2/15
attention [1]  17/25
attorney [1]  16/17
attorneys [1]  16/10
avail [1]  16/20

**B**

back [1]  2/4
background [1]  18/6
balance [1]  14/10
based [1]  18/19
basically [1]  10/13
Beach [2]  1/5 1/16
Beaches [1]  2/6
because [7]
become [3]  3/15 4/19 6/24
before [10]
begin [2]  2/8 8/3
beginning [1]  8/3
being [3]  2/15 8/25 19/17
believe [5]  2/9 2/15 3/16 10/19 19/9
believes [2]  17/14 17/15
bellwether [1]  9/18
belongs [1]  17/7
bench [1]  18/12
best [2]  4/18 14/12
better [2]  11/2 17/1
between [6]  6/21 12/2 12/6 15/25 16/19
 18/22
beyond [1]  6/10
black [1]  18/25
board [1]  9/1
Bob [6]  2/9 2/11 7/20 12/9 15/10 17/4
both [4]  4/18 8/17 11/2 11/14
brief [1]  3/22
briefly [1]  7/19

**C**

California [4]  3/1 3/3 4/25 11/17

calling [1]  12/10
calls [1]  14/9
came [1]  2/5
camera [1]  9/1
cannot [1]  18/4
Canure [1]  14/6
capable [1]  17/1
case [8]
cases [30]
certain [1]  11/4
certainly [2]  15/24 16/6
CERTIFICATE [1]  19/20
Certified [1]  19/21
certify [1]  19/21
cetera [1]  7/11
challenge [1]  8/21
chance [1]  15/2
charged [1]  5/19
chat [1]  19/18
cheap [1]  18/25
claims [1]  9/20
clan [1]  15/20
clarifying [1]  17/20
Clematis [1]  1/16
client [1]  18/23
CMO [1]  17/20
collection [1]  12/14
coming [2]  2/17 3/4
commend [1]  16/6
committee [4]  7/22 7/22 11/9 16/19
complaint [13]
complaints [3]  9/14 10/4 13/16
complete [1]  7/6
completing [1]  7/9
compromise [1]  14/24
concept [1]  10/25
concise [1]  7/6
conditional [3]  2/17 3/12 3/15
conducted [1]  5/11
conduit [1]  16/18
conference [3]  1/8 13/24 15/14
conferences [1]  15/12
confidence [1]  3/25
confidential [1]  8/25
confidentiality [3]  8/2 8/13 9/3
congratulate [1]  7/8
consideration [2]  17/24 18/7
consistent [1]  6/11
consistently [1]  3/20
constraints [3]  18/8 18/13 18/15
consultants [2]  14/20 14/21
contain [1]  16/25
contained [1]  16/24
contains [1]  5/7
contemporaneously [1]  13/6
continue [9]
cooperation [3]  15/25 16/5 16/8
coordinate [1]  4/21
coordination [3]  3/2 3/5 3/8
correct [4]  12/1 12/8 13/22 19/21
cost [1]  18/3
counsel [7]
country [1]  16/3
county [1]  4/8
couple [1]  10/2
course [6]  3/17 11/6 12/4 14/7 15/15 15/16
court [20]
CPE [1]  1/15
CRR [2]  1/15 19/24
cup [2]  17/7 17/7

**D**

DAK [1]  1/2
Dan [2]  15/17 15/20
Daniel [1]  15/2
data [2]  11/15 14/25
date [2]  13/10 15/23
Dated [1]  19/22
DAVID [1]  1/9
days [4]  12/6 12/7 12/24 13/5
deal [1]  9/13
dealing [1]  5/7
deals [5]  5/9 5/11 5/12 5/14 6/14
death [1]  11/10
decide [2]  4/1 4/8
deciding [1]  3/20
decision [5]  3/4 11/6 11/7 18/20 18/22
defendant [1]  12/5
Defendants [9]
defense [8]
defenses [1]  10/13
delay [1]  8/2
delineating [1]  9/19
DePUY [2]  1/3 6/17
descended [1]  2/6
describes [1]  4/7
destruction [1]  6/12
detail [1]  6/7
detailed [1]  10/21
details [1]  5/13
develop [1]  9/1
device [2]  5/20 6/12
different [3]  5/7 10/14 10/20
difficulty [1]  16/5
direct [2]  2/14 2/16
disagreement [1]  6/21
disclosure [5]  10/19 10/20 12/5 12/12 12/12
discoverable [1]  14/13
discoverable-type [1]  14/13
discovery [4]  7/22 8/25 14/9 14/17
discussed [3]  13/18 17/19 19/9
discussion [1]  2/9
dispute [1]  6/25
distinguished [1]  12/11
DISTRICT [3]  1/1 1/1 1/10
doctor [1]  18/22
doctors [1]  18/17
document [3]  8/2 8/3 8/9
documents [10]
does [3]  6/11 6/18 8/15
doesn't [1]  12/13
doing [1]  5/4
don't [4]  2/4 3/18 8/2 14/12
done [3]  6/8 8/12 11/2
down [3]  9/14 10/6 12/5
dozen [1]  16/3
due [1]  12/3
during [1]  7/11

**E**

E-mail [1]  1/17
each [1]  12/16
easier [1]  10/16
easily [2]  2/16 12/20
efficient [2]  2/22 2/23
effort [1]  5/4
eight [1]  16/23
either [3]  5/19 8/12 18/15
electronic [1]  14/17
elements [1]  9/20

Ellen [2]  4/3 4/6
emphasize [1]  16/9
encourage [2]  16/7 19/18
end [1]  15/23
endeavor [1]  16/7
entered [1]  9/11
entering [1]  6/1
entitled [1]  7/11
entry [1]  5/24
Eric [1]  5/3
especially [1]  19/3
et [1]  7/11
et cetera [1]  7/11
eternally [1]  3/24
ethical [4]  18/7 18/12 18/15 19/1
evaluate [1]  6/4
evaluation [1]  6/10
evaluations [1]  6/8
ever [1]  7/7
every [2]  4/20 11/10
everybody [3]  2/4 18/11 18/24
everybody's [2]  8/5 13/15
everyone's [1]  10/15
everything [1]  4/2
exact [1]  9/19
exactly [2]  9/23 15/21
excellent [1]  16/16
exchange [1]  5/21
exclusive [1]  6/9
executive [5]  7/22 11/9 16/19 16/21 19/11
exhibits [1]  9/11
exists [1]  8/15
expansive [1]  17/23
expect [1]  2/24
expectation [1]  3/17
expected [1]  3/4
expecting [1]  3/16
expedience [1]  10/6
expeditious [1]  9/4
experts [2]  5/5 6/9
explaining [1]  17/1
explant [12]
explanted [1]  5/19
explants [2]  6/8 6/20
extensive [1]  12/4
extremely [3]  16/1 16/13 18/25

**F**

facilitate [2]  4/15 9/12
facility [2]  5/9 5/10
fact [7]
fairly [2]  4/8 12/20
familiar [1]  10/22
fashion [2]  7/9 9/4
faster [1]  8/19
federal [3]  3/10 13/19 13/21
feel [1]  7/15
felt [1]  18/12
fields [1]  14/25
file [7]
filed [12]
filing [3]  2/14 12/7 13/9
filings [1]  4/16
filled [1]  12/24
final [2]  5/12 17/22
finalize [1]  12/2
finally [1]  5/5
fine [2]  13/12 13/13
finish [1]  6/5
finished [1]  11/1

firm [1]  17/25
first [5]  2/9 2/12 5/7 6/4 14/22
fix [1]  12/21
Florida [3]  1/5 1/16 2/4
folks [1]  16/18
follow [2]  18/16 18/17
footnote [1]  17/12
foregoing [1]  19/21
forget [1]  15/23
form [16]
format [1]  14/25
forms [4]  9/10 10/19 10/20 12/5
forth [1]  18/24
four [1]  5/7
Franklin [4]  1/15 19/20 19/23 19/24
free [1]  7/15
further [4]  10/17 11/25 19/8 19/11

**G**

Gadolinium [1]  11/8
gave [1]  14/23
generally [2]  10/3 17/6
gentlemen [1]  2/3
getting [2]  7/25 10/7
give [3]  11/2 11/14 15/5
given [2]  13/7 18/5
giving [1]  14/25
goal [1]  12/17
going [15]
good [3]  14/1 14/3 19/19
Gornick [2]  14/8 14/23
gotten [1]  15/4
grateful [1]  3/24
great [1]  6/7
guidelines [1]  19/1

**H**

half [1]  16/3
hand [1]  14/11
handling [2]  2/22 4/24
hands [2]  11/22 12/16
happening [1]  2/24
happens [1]  16/16
haven't [3]  11/1 15/1 15/16
having [2]  14/16 14/18
heard [1]  16/11
hearing [3]  1/8 3/16 11/16
HELD [1]  1/9
help [2]  6/24 11/7
helpful [1]  11/22
here [13]
Hewitt [1]  14/6
highlighting [1]  5/14
hip [4]  1/4 17/8 17/10 18/21
hit [1]  11/13
home [1]  19/19
Honor [14]
HONORABLE [1]  1/9
hope [2]  3/19 4/21
hopefully [4]  2/7 9/4 15/6 16/1
hospital [4]  5/8 5/18 6/19 6/21
hospitals [1]  6/14
humble [1]  7/6
hundreds [1]  18/1

**I**

I'll [2]  2/8 2/25
I'm [5]  3/24 14/1 17/23 18/7 18/9
I've [6]  4/13 14/19 18/4 18/4 18/11 18/19
identify [1]  7/12

## I

impacts [1]  18/20
impede [1]  4/16
implant [4]  1/4 11/6 18/21 18/22
implanted [1]  5/16
implants [1]  11/5
important [5]  14/4 16/13 18/13 18/14 19/9
Importantly [1]  6/13
INC [1]  1/4
incorporated [1]  10/7
incumbent [3]  18/16 18/16 19/2
independent [1]  5/18
indicated [4]  8/23 12/21 16/24 17/15
indicates [2]  6/17 6/20
individual [2]  10/11 10/12
information [11]
input [1]  5/4
inside [1]  11/5
instance [4]  9/17 18/15 18/18 18/18
intake [1]  5/10
intend [1]  18/17
interest [2]  8/1 8/5
interfere [1]  6/17
inventory [1]  12/22
involve [2]  3/11 6/11
involved [1]  6/24
involvement [1]  16/4
involves [3]  16/23 17/8 17/22
irrespective [1]  16/17
issue [3]  7/18 9/7 10/18
issued [1]  3/17
issues [3]  8/2 8/14 15/13
it's [11]
item [7]
items [1]  8/25
itself [1]  5/7

## J

Jeff [1]  14/6
Jersey [5]  3/5 3/7 3/7 4/7 4/25
joint [1]  18/21
JPML [1]  17/12
judge [4]  1/10 4/1 11/8 19/3
judges [2]  4/23 16/3
judicial [2]  3/7 3/14
juncture [2]  10/5 19/10
jurisdiction [1]  3/20
just [14]

## K

KATZ [1]  1/9
Kennedy [2]  5/2 5/3
kept [1]  11/9
kind [2]  3/22 11/23
know [8]

## L

lab [2]  5/9 6/16
laboratories [1]  5/12
ladies [1]  2/2
lady [1]  16/16
large [2]  3/1 11/19
larger [1]  4/24
last [3]  3/16 14/23 15/15
later [2]  2/19 13/8
law [2]  18/11 18/13
lawyer [1]  18/23
lawyers [5]  2/23 5/5 12/16 14/20 18/16
leadership [2]  4/13 7/15

least [2]  8/8 16/7
lecturn [1]  7/12
legitimate [1]  8/13
less [1]  11/21
Let's [1]  16/23
letters [2]  18/1 18/4
LIABILITY [1]  1/4
liaison [2]  16/12 16/13 16/13
life [1]  10/15
likewise [1]  9/20
line [1]  12/5
list [3]  14/24 15/3 16/6
litigation [5]  1/4 3/14 10/25 11/24 15/4
litigations [1]  14/20
little [4]  10/1 10/2 10/14 18/19
London [1]  13/4
long [3]  6/10 10/4 10/7
lot [5]  5/5 11/11 12/14 12/14 15/13
Luxenberg [1]  4/6

## M

mail [2]  1/17 13/21
makes [1]  2/22
making [1]  8/1
mandates [1]  19/1
manner [1]  14/12
manufacturer [1]  11/11
Mark [2]  14/1 15/11
master [5]  2/20 9/6 9/10 10/3 10/4
matter [3]  5/14 15/12 19/22
maybe [4]  14/25 15/22 15/24 18/13
MD [1]  1/2
MDL [24]
MDLs [2]  10/15 16/4
me [7]
mean [6]  4/7 8/15 13/20 14/19 17/5 17/6
means [1]  8/17
measure [1]  16/8
medical [1]  11/7
meetings [3]  14/5 14/5 14/15
member [1]  19/11
members [1]  7/14
Merit [1]  19/20
merits [1]  10/16
meta [1]  14/25
Michael [1]  19/5
Michelle [3]  16/15 16/20 16/22
might [3]  2/6 11/19 15/23
missed [1]  7/1
most [1]  16/4
motions [4]  3/11 3/13 3/21 9/13
move [2]  8/18 16/23
movement [3]  4/22 4/22 4/23
moving [4]  4/17 4/17 15/6 15/18
Mr. [13]
Mr. Canure [1]  14/6
Mr. Gornick [2]  14/8 14/23
Mr. Kennedy [1]  5/2
Mr. London [1]  13/4
Mr. Penick [1]  14/8
Mr. Robinson [1]  14/1
Mr. Skikos [3]  8/24 10/23 12/21
Mr. Tucker [3]  4/12 7/17 17/1
Ms. [4]  2/19 2/20 9/16 13/2
Ms. Relkin [2]  2/20 13/2
Ms. Sharko [2]  2/19 9/16
much [10]
Multidistrict [1]  3/14
must [2]  5/25 19/19

## N

native [1]  14/25
nature [1]  7/7
near [1]  16/6
necessary [1]  18/21
need [3]  8/20 13/17 18/6
needed [1]  2/6
negotiated [1]  8/6
new [6]  3/5 3/7 3/7 4/7 4/25 15/15
next [3]  8/9 15/6 16/9
nice [1]  4/1
night [4]  14/23 15/15
no [5]  1/2 10/7 19/13 19/15 19/16
NORTHERN [1]  1/1
note [1]  13/14
noted [1]  1/13
Nothing [2]  7/2 11/25
notified [1]  6/2
NSF [1]  11/9
number [6]  3/1 3/9 4/24 5/1 6/17 12/19
number one [1]  6/17
number three [1]  5/1

## O

object [1]  6/18
observations [1]  19/4
obtain [1]  6/1
obtaining [1]  16/5
obtains [1]  5/24
obviously [1]  2/14
occur [1]  3/4
occurred [1]  15/23
occurs [1]  13/8
odd [1]  13/7
offering [1]  18/3
Official [1]  1/15
OHIO [1]  1/1
Okay [1]  13/24
omnibus [1]  10/12
once [1]  3/11
one [12]
one-page [2]  11/13 11/20
only [2]  18/18
operate [1]  8/19
opinion [1]  7/6
opportunity [3]  6/2 6/4 9/21
opposed [2]  2/17 13/9
order [20]
orders [2]  3/15 3/17
ORTHOPAEDICS [1]  1/3
others [4]  8/24 14/7 14/8 16/21
our [8]
outline [1]  6/7
outlines [1]  5/17
outside [2]  2/5 19/19
outstanding [1]  16/2
over [2]  16/3 16/14

## P

page [4]  10/21 11/1 11/13 11/20
Palm [3]  1/5 1/16 2/6
Panel [1]  3/14
panel's [1]  3/18
particular [3]  10/17 11/4 11/16
particularly [2]  4/5 4/24
parties [9]
pass [1]  2/7
passed [1]  13/14
past [2]  8/23 16/3

## P

patient [4]  11/15 17/22 18/4 18/23
patients [2]  11/5 18/2
pay [1]  18/3
pending [3]  3/3 3/13 4/9
Penick [1]  14/8
people [4]  6/13 14/18 15/4
percentage [1]  11/5
period [1]  12/6
phone [1]  14/7
phonetic [2]  14/6 14/8
physician [2]  5/8 5/18
physicians [2]  6/15 18/2
place [3]  2/21 7/24 8/6
placed [1]  16/10
places [1]  4/25
plaintiff [5]  5/23 6/22 12/4 12/12 12/13
Plaintiff's [2]  6/18 6/21
Plaintiffs [7]
Plaintiffs' [4]  2/23 7/22 12/16 16/19
plan [1]  12/10
pleadings [1]  9/12
please [5]  2/2 7/12 7/15 16/15 16/20
Polster [1]  11/8
pool [1]  11/19
population [1]  11/15
positions [1]  16/11
positive [2]  14/15 14/17
possible [2]  12/25 14/12
pouring [1]  19/19
practiced [1]  18/11
prejudice [1]  8/12
preliminary [2]  10/19 12/11
present [1]  9/15
presently [1]  12/23
preservation [4]  5/6 6/15 6/19 6/22
pretty [2]  4/6 13/6
prior [3]  5/24 6/1 6/16
probably [3]  4/8 10/21 12/15
proceeding [2]  3/2 3/8
proceedings [1]  19/21
process [10]
processes [1]  4/22
produce [3]  7/25 8/3 14/25
produced [5]  8/5 8/14 9/2 14/11 14/11
production [3]  8/3 8/9 8/18
PRODUCTS [1]  1/4
programs [1]  5/11
properly [1]  17/3
proposals [1]  15/15
protected [2]  8/2 8/17
protective [8]
protocol [7]
protocols [2]  5/7 6/7
provide [2]  5/22 5/25
pulled [1]  12/20
purposes [1]  10/14
pursuant [1]  13/21
put [5]  2/21 7/24 8/6 8/8 15/3

## Q

question [2]  7/11 17/13
questions [2]  7/13 19/4
quickly [2]  2/25 11/22

## R

raise [1]  7/11
raised [1]  17/12
RE [1]  1/3

reached [1]  18/22
reaches [1]  6/19
ready [1]  7/25
really [4]  12/13 12/15 12/20 15/2
Realtime [1]  19/21
reason [1]  13/7
receive [1]  10/11
record [2]  1/15 19/21
records [1]  12/15
refer [1]  18/2
referring [1]  17/5
reflect [1]  18/19
regard [2]  13/16 19/4
Registered [1]  19/20
regular [1]  13/19
relatively [1]  12/3
Relkin [3]  2/20 4/6 13/2
remand [2]  3/11 3/21
reminded [1]  13/4
remove [1]  11/6
removed [3]  3/10 3/12 5/15
report [4]  2/12 2/25 3/22 15/14
reporter [5]  1/15 1/15 7/13 19/20 19/21
request [1]  3/5
require [1]  12/14
resolution [1]  3/3
resolve [1]  6/24
resolved [1]  8/8
resource [1]  16/21
respect [2]  6/19 19/8
responsibility [1]  16/11
results [3]  5/21 5/23 5/25
resurfacing [4]  17/10 17/10 17/13 17/15
review [3]  8/20 9/1 12/14
reviewed [1]  18/4
revision [2]  18/2 18/21
revisions [1]  18/3
right [8]
ripe [1]  3/25
RMR [2]  1/15 19/24
road [2]  9/14 10/6
robes [1]  18/25
Robinson [5]  14/1 14/1 15/3 15/11 15/17
role [1]  16/12
roles [1]  16/21
room [1]  6/13
rule [4]  9/3 13/24 14/5 15/7
rules [3]  13/5 13/20 13/21
run [1]  13/8

## S

same [3]  7/7 11/17 13/20
samples [1]  5/15
save [1]  15/22
say [4]  3/19 6/4 15/22 19/5
scope [1]  11/3 16/23
search [1]  15/1
seated [1]  2/2
second [1]  5/9
Secondly [2]  10/9 13/14
seeing [1]  2/16
seems [1]  18/18
seen [2]  7/8 10/14
segregated [1]  9/17
send [3]  6/3 6/5 13/17
sending [1]  6/16
SENIOR [1]  1/10
sense [2]  2/22 4/22
sensible [1]  2/23
sent [1]  18/1

series [2]  17/7 17/7
serious [1]  19/1
seriously [2]  19/1 19/3
serve [1]  4/18
service [8]
set [2]  3/7 3/16
several [1]  14/5
SFranklinUSDC [1]  1/17
shall [1]  9/18
Sharko [3]  2/19 9/8 9/16
sheet [2]  12/11 12/13
shipped [1]  6/23
shipping [1]  6/20
short [10]
shortly [2]  9/12 12/18
should [10]
side [1]  8/12
sides [3]  8/17 11/2 11/15
signature [1]  8/7
significant [1]  16/4
similar [2]  8/24 11/14
similarly [1]  7/21
since [3]  2/5 13/15 18/12
single [2]  10/21 11/1
single-page [1]  11/1
sir [1]  19/15
sit [1]  18/25
sitting [1]  16/14
Skikos [5]  8/10 8/24 10/23 10/24 12/21
solicitation [1]  17/23
somebody [1]  13/14
Someone [1]  13/15
something [4]  4/12 16/10 18/10 18/11
sometime [1]  3/4
soon [1]  4/8
sort [3]  11/13 14/14 14/24
speak [1]  12/4
specific [1]  5/11
speed [1]  8/18
spoliation [1]  5/19
stand [2]  2/13 16/15
started [1]  11/16
state [3]  2/25 3/10 4/23
states [4]  1/1 1/10 5/16 18/8
status [3]  1/8 13/24 15/25
stay [1]  17/18
step [1]  4/21
Stephen [1]  1/15 19/20 19/23 19/24
steps [1]  8/9
Steve [2]  8/10 10/24
still [5]  5/25 11/5 13/17 13/18 17/24
stipulated [2]  5/6 7/23
stop [1]  6/3
storage [2]  5/9 5/13
streamline [1]  9/12
Street [1]  1/16
stress [4]  4/12 4/15 4/20 18/14
stressed [1]  4/13
strongly [1]  18/17
subject [1]  3/2
submitted [1]  8/7
such [4]  5/18 8/20 9/3 9/17
sufficiency [1]  9/14
suit [1]  10/16
Suite [1]  1/16
sunny [1]  2/4
suppose [1]  3/19
Supreme [1]  3/6
sure [3]  2/10 8/1 18/9
surgery [1]  5/15

**S**

Susan [1]  9/8
systems [1]  17/10

**T**

tag [1]  17/17
tagged [1]  9/12
take [3]  4/20 15/16 18/25
taken [1]  19/3
taking [1]  18/7
talk [2]  14/18 14/21
talking [2]  10/20 16/2
tally [1]  11/9
team [2]  14/9 19/12
tell [2]  6/3 18/6
terms [2]  8/9 15/3
testing [8]
testings [1]  6/8
Texas [1]  18/1
thank [14]
Thanks [1]  16/22
that's [12]
themselves [1]  6/22
there's [4]  4/9 5/17 10/12 14/10
they're [3]  10/10 14/18 15/1
thing [1]  11/18
things [1]  10/2
think [14]
third [1]  5/10
those [23]
though [1]  3/17
thousands [1]  18/1
three [1]  5/1
through [3]  2/17 15/14 15/14
Thursday [1]  14/16
thus [1]  16/2
timely [1]  7/9
times [1]  16/17
timing [1]  8/18
tissue [4]  5/15 6/16 6/20 6/23
today [2]  14/16 15/17
together [3]  7/11 12/20 15/3
tomorrow [2]  14/18 14/21
tonight [1]  15/2
too [1]  2/7
top [2]  15/19 16/6
total [1]  17/8
touched [1]  4/12
trademark [1]  8/13
transcript [2]  1/8 19/21
transfer [4]  2/18 3/13 3/15 17/12
transferred [1]  17/16
treated [1]  8/25
tried [2]  13/23 15/13
trigger [1]  13/10
trips [1]  19/19
try [2]  11/23 15/11
trying [2]  2/21 11/7
Tucker [7]
two [1]  10/20
type [1]  14/13
types [1]  16/25

**U**

under [4]  8/19 13/24 17/24 18/7
understand [4]  9/11 12/6 18/10 18/11
understanding [4]  8/4 9/5 9/16 11/3
unheard [1]  14/19
unique [1]  15/24

**UNITED [3]  1/1 1/10 5/16**
until [1]  8/19
unusual [1]  10/2
update [1]  13/25
updated [1]  14/24
upon [9]
us [6]  6/3 10/22 14/25 18/16 19/2 19/2
Utilize [1]  16/20

**V**

vacate [1]  3/14
various [5]  3/21 15/4 16/10 16/25 18/8
vary [1]  18/8
versa [1]  5/23
very [14]
vice [1]  5/23
violation [3]  5/17 18/14 18/15

**W**

waiting [1]  3/6
waived [1]  13/17
waivers [1]  13/18
walk [1]  15/13
walking [1]  11/13
wall [1]  2/5
want [18]
wanted [3]  10/5 10/9 13/19
water [2]  2/5 2/6
we'd [2]  12/23 12/24
we'll [3]  4/24 11/21 12/3
we're [11]
we've [8]
week [1]  3/16
weeks [1]  3/4
Weitz [1]  4/6
welcome [2]  2/4 9/25
well [7]
West [2]  1/5 1/16
what's [1]  14/14
Whatever [1]  13/11
where [4]  2/13 4/7 14/20 18/9
whether [2]  17/13 18/20
wish [3]  4/4 7/10 7/14
wishes [1]  9/6
within [2]  5/16 12/24
without [1]  8/12
work [4]  11/12 13/11 15/14 18/6
worked [2]  7/8 7/21
working [1]  15/19
wrongful [1]  11/10

**X**

XL [1]  17/9

**Y**

years [1]  16/3
Yes [7]
yet [2]  15/16 15/17
you'll [1]  15/19
you're [3]  6/5 9/25 12/1
You've [1]  16/11
young [1]  16/18
yourself [2]  7/12 16/20