|  |  |
|---|---|
| MINUTES OF PROCEEDINGS | United States District Court<br>Northern District of Ohio, Western Division |

In Re: Depuy Orthopaedics, Inc.  
ASR Hip Implant Products Liability Litigation

Date: June 1, 2011

Judge: David A. Katz

Case Number: 1:10-md-2197

Court Reporter: Ann Marie Mitchell

---

Status Conference held with the Hon. Brian R. Martinotti.

Speaking for Plaintiffs: Ellen R. Relkin, Esq., David R. Buchanan, Esq., and Steven J. Skikos.

Speaking for Defendants: Susan M. Sharko, Esq. and Robert C. Tucker, Esq.

Time: 45 minutes

                                                  Catherine Garcia-Feehan  
                                          Courtroom Deputy Clerk/Law Clerk