# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 1:10 md 2197<br><br>SHORT FORM COMPLAINT FOR DEPUY ORTHOPAEDIC, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION |
| This applies to: ) ) ALAN INGRAM and VIRGINIA INGRAM v. ) DEPUY ORTHOPAEDICS, INC. et. al. ) | |

## APPEARANCE

I, DEVON C. BRUCE, hereby enter my appearance on behalf of Alan Ingram, Tosha Phelps, Heather Eddy, Joanne Sabutis, Patrick Haffney and Amanda Burda, in the above-captioned matter.

__6/9/11__  
Date

__[signature]__  
Devon C. Bruce

Devon C. Bruce
Power, Rogers & Smith
70 West Madison, #5500
Chicago, IL 60602
#312/236-9381
f#312/236-0920