IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: DePUY ORTHOPAEDICS, INC., ASRTM HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:10-md-2197 |
| This Document Relates To: | **AMENDED CASE MANAGEMENT ORDER NO. 5** |
| **ALL CASES** | |

**I.**      **SCOPE OF THE ORDER**

This Amended Order shall apply to all Plaintiffs and their counsel for actions relating to DePuy ASR™ Hip Systems that are currently pending in MDL No. 2197, hereinafter subject to transfer to these proceedings, or that have been or will be direct-filed in the Court (collectively, "the MDL proceedings") and all Defendants and their counsel in the MDL proceedings.

**II.**      **PLAINTIFF'S PRELIMINARY DISCLOSURE FORM**

1.      Disclosure Form, attached as Exhibit A, within thirty (30) days of June 2, 2011 or within thirty (30) days of the transfer to, and docketing in, of any case to this Court.   All individual Plaintiffs in cases directly filed after June 2, 2011 shall complete the one-page Plaintiff's Preliminary Disclosure Form within thirty (30) days of filing. The Plaintiff's Preliminary Disclosure Form shall be served electronically on Plaintiffs' and Defendants' Lead and Liaison Counsel. Service on Plaintiffs' Lead and Liaison Counsel shall be to:  Pserviceofppd@toledolaw.com.  Service on Defendants' Lead and Liaison Counsel shall be to: Dserviceofppd@TuckerEllis.com.

2.      The Plaintiff's Preliminary Disclosure Form shall be completed by counsel for the Plaintiff. It is not a verified discovery response. Instead, the Form is designed to

obtain information on product identification; the status of any revision, if any; and information the Court finds necessary to assess the need for future discovery.

3.      Defendant shall respond to the Plaintiff's Preliminary Disclosure Form within forty- five (45) days to provide whether or not Defendant is in possession of any of the material (explanted device, blood, tissue) from revision surgeries identified in Plaintiff's Preliminary Disclosure Form.

*s/  David A. Katz*
DAVID A. KATZ
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC., ASR HIP IMPLANT ) <br><br> ) <br><br> PRODUCTS LIABILITY LITIGATION ) <br> ) | MDL Docket No. 2197 <br><br> THE HON. DAVID A. KATZ, U.S.D.J. <br><br> **PLAINTIFF'S PRELIMINARY DISCLOSURE** |

<u>Instructions</u>: Please provide the following information for each individual on whose behalf a claim is being made relating to implantation of the DePuy ASR Hip System. When providing names and addresses please provide the full name and full address, including street number, street name, city, state and zip code.

| I. CASE INFORMATION | | |
|---|---|---|
| Caption: | | Plaintiff's Attorney & Contact |
| Docket No.: | | |

| II. PATIENT PERSONAL INFORMATION | | | |
|---|---|---|---|
| Name: | | Wrongful Death | Y/N |
| Address: | | Date of Birth: | |

| III. DEPUY PRODUCT INFORMATION | | | |
|---|---|---|---|
| Type of Prosthesis | | Product Code/Lot Code: | |
| Side of Body: | Right / Left / Both (circle one) | Date of Implantation: | |
| | (Complete one Plaintiff's Preliminary | | |
| Name and Address of Implanting | | | |
| Name and Address of Hospital or Clinic where was performed: | | | |

| *ATTACH MEDICAL RECORDS WITH MANUFACTURER/PRODUCT STICKERS FROM* | | | | |
|---|---|---|---|---|
| **IV. REVISION SURGERY HAS NOT OCCURRED** | | | | |
| (Complete this section if revision surgery has not occurred) | | | | |
| Revision Surgery Scheduled | Y/N | Date of Revision Surgery (if scheduled): | | |
| Imaging Study(ies) Conducted? (eg MRI/CT/ Ultrasound) | Y/N | If yes, list which reports are available: | | |
| Blood Testing Conducted: | Y/N | If yes, lists which reports are available: | | |

| V. REVISION SURGERY HAS OCCURRED | | | |
|---|---|---|---|
| (Complete this section if a revision surgery has occurred) | | | |
| Date(s) of Revision | | | |
| Name(s) and Address(es) of Revision Surgeon(s): | | | |
| Name(s) and Address(es) of Revision Surgery | | | |
| Manufacturer(s) and Size(s) of Replacement | | | |
| Are You in Possession of Explant? | Y/N | Location of | |

| VI. ADDITIONAL INFORMATION | |
|---|---|
| Broadspire ID No. (if applicable): | |

BY: _____

Attorney for Plaintiffs and the Proposed Class