IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS | Case No. 1: 10 md 2197 |
| | O R D E R |

In the furtherance of federal-state coordination, the Court will conduct a joint conference with the Hon. Richard A. Kramer, who is overseeing the California state-court litigation involving DePuy ASR™ hip implants.

A status conference will be held on July 26, 2011, at 1:30 p.m. (PDT) in Courtroom 304, Civic Center Court House, 400 McAllister Street, San Francisco, California 94102.

Those lawyers wishing to participate telephonically shall contact Courtcall at (888) 882-6878, to register for the conference no later than July 20, 2011.

IT IS SO ORDERED.

      s/ *David A. Katz*
      DAVID A. KATZ
      U. S. DISTRICT JUDGE