UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>-------------------------------------------<br>THIS DOCUMENT APPLIES TO: ALL CASES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1:10-md-2197-DAK<br><br>HONORABLE DAVID A. KATZ |

### NOTICE OF ORAL AND VIDEO DEPOSITION OF
### DEPUY INTERNATIONAL LIMITED, PURSUANT TO FED. R. CIV. P. 30(b)(6)
### (Electronically Stored Information)

TO:    Robert C. Tucker, Esq.
       TUCKER ELLIS & WEST LLP
       1150 Huntington Building
       925 Euclid Avenue
       Cleveland, OH 44115

       Susan M. Sharko, Esq.
       DRINKER BIDDLE & REATH LLP
       500 Campus Drive
       Florham Park, NJ 07932-1047

*Attorneys for Defendant DePuy International Limited*

PLEASE TAKE NOTICE that pursuant to Rule 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the above-captioned Multidistrict Litigation, will take the deposition of DePuy International Limited on September 8, 2011, at 9:00 a.m., or such other time as is agreed upon by the parties, at the offices of the Hyatt Place Indianapolis Airport, 5500 W. Bradbury Avenue, Indianapolis, Indiana 46241, or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), DePuy International Limited shall designate and produce a

1

representative or representatives, as may be required, to testify on behalf of DePuy International Limited concerning the topics identified in Exhibit A attached hereto.

    The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: August 5, 2011                             Respectfully submitted,

                                                    ZOLL, KRANZ & BORGESS, LLC,

                                                    By:    /s/ Michelle L. Kranz
                                                             Michelle L. Kranz (0062479)
                                                             ZOLL, KRANZ & BORGESS, LLC
                                                             6620 W. Central Ave., Ste. 100
                                                             Toledo, OH 43617
                                                             Tel: (419) 841-9623
                                                             Email: michelle@toledolaw.com

                                                *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 5, 2011, a copy of the above and foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF DEPUY INTERNATIONAL LIMITED, PURSUANT TO FED. R. CIV. P. 30(b)(6), and the Exhibit hereto, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  August 5, 2011

      /s/Michelle L. Kranz

*Plaintiffs' Liaison Counsel*