# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>--------------------------------------------<br>THIS DOCUMENT APPLIES TO: ALL CASES | ) MDL Docket No. 1:10-md-2197-DAK<br>)<br>) HONORABLE DAVID A. KATZ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ORAL AND VIDEO DEPOSITION OF
## DEPUY INTERNATIONAL LIMITED, PURSUANT TO FED. R. CIV. P. 30(B)(6)
## (Marketing and Third Party Vendors)

TO:   Robert C. Tucker, Esq.
      TUCKER ELLIS & WEST LLP
      1150 Huntington Building
      925 Euclid Avenue
      Cleveland, OH 44115

      Susan M. Sharko, Esq.
      DRINKER BIDDLE & REATH LLP
      500 Campus Drive
      Florham Park, NJ 07932-1047

      *Attorneys for Defendant DePuy International Limited*

      PLEASE TAKE NOTICE that pursuant to Rule 26 and Rule 30(b)(6) of the Federal

Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs

Steering Committee in the above-captioned Multidistrict Litigation, will take the deposition of

DePuy International Limited on September  9, 2011, at 9:00 a.m., or such other time as is agreed

upon by the parties, at the offices of the Hyatt Place Indianapolis Airport, 5500 W. Bradbury

Avenue, Indianapolis, Indiana  46241, or at another location mutually agreed upon by the parties.

Pursuant to Fed. R. Civ. P. 30(b)(6), DePuy International Limited shall designate and produce a representative or representatives, as may be required, to testify on behalf of DePuy International Limited concerning the topics identified in Exhibit A attached hereto.

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: August 8, 2011                                  Respectfully submitted,

                                                       ZOLL, KRANZ & BORGESS, LLC,


                                                       By:     /s/ Michelle L. Kranz
                                                           Michelle L. Kranz (0062479)
                                                           ZOLL, KRANZ & BORGESS, LLC
                                                           6620 W. Central Ave., Ste. 100
                                                           Toledo, OH  43617
                                                           Tel:  (419) 841-9623
                                                           Email:  michelle@toledolaw.com

                                                       *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2011, a copy of the above and foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF DEPUY INTERNATIONAL LIMITED, PURSUANT TO FED. R. CIV. P. 30(b)(6), and the Exhibit hereto, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  August 8, 2011

                                                    /s/ Michelle L. Kranz

                                                *Plaintiffs' Liaison Counsel*