UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>--------------------------------------------<br>THIS DOCUMENT APPLIES TO: ALL CASES | ) ) ) ) ) ) ) ) ) | MDL Docket No. 1:10-md-2197-DAK<br><br>HONORABLE DAVID A. KATZ |

**NOTICE OF ORAL AND VIDEO DEPOSITION OF
DEPUY ORTHOPAEDICS, INC., PURSUANT TO FED. R. CIV. P. 30(B)(6)
(Marketing and Third Party Vendors)**

TO:   Robert C. Tucker, Esq.
      TUCKER ELLIS & WEST LLP
      1150 Huntington Building
      925 Euclid Avenue
      Cleveland, OH 44115

      Susan M. Sharko, Esq.
      DRINKER BIDDLE & REATH LLP
      500 Campus Drive
      Florham Park, NJ 07932-1047

*Attorneys for Defendant DePuy Orthopaedics, Inc.*

PLEASE TAKE NOTICE that pursuant to Rule 26 and Rule 30(b)(6) of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs Steering Committee in the above-captioned Multidistrict Litigation, will take the deposition of DePuy Orthopaedics, Inc. on September 9, 2011, at 9:00 a.m., or such other time as is agreed upon by the parties, at the offices of the Hyatt Place Indianapolis Airport, 5500 W. Bradbury Avenue, Indianapolis, Indiana  46241, or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), DePuy Orthopaedics, Inc. shall designate and produce a

1

representative or representatives, as may be required, to testify on behalf of DePuy Orthopaedics, Inc. concerning the topics identified in Exhibit A attached hereto.

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: August 8, 2011                           Respectfully submitted,

                                                ZOLL, KRANZ & BORGESS, LLC,


                                                By:     /s/ Michelle L. Kranz
                                                        Michelle L. Kranz (0062479)
                                                        ZOLL, KRANZ & BORGESS, LLC
                                                        6620 W. Central Ave., Ste. 100
                                                        Toledo, OH 43617
                                                        Tel: (419) 841-9623
                                                        Email: michelle@toledolaw.com

                                                *Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 8, 2011, a copy of the above and foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF DEPUY ORTHOPAEDICS, INC., PURSUANT TO FED. R. CIV. P. 30(b)(6), and the Exhibit hereto, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system

Dated: August 8, 2011

                 /s/Michelle L. Kranz

                 *Plaintiffs' Liaison Counsel*