## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| ) | MDL Docket No. 1:10-md-2197-DAK |
| IN RE:  DEPUY ORTHOPAEDICS, ) | |
| INC. ASR HIP IMPLANT ) | HONORABLE DAVID A. KATZ |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| ------------------------------------------- ) | |
| THIS DOCUMENT APPLIES TO: ) | |
| ALL CASES ) | |

### NOTICE OF ORAL AND VIDEO DEPOSITION OF ANDREA HICKS

TO:     DePuy Orthopaedics, Inc.

Robert C. Tucker,  Esq.
TUCKER ELLIS & WEST LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115

Susan M. Sharko, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932-1047

*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil

Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs' Executive

Committee in the above-captioned Multidistrict Litigation, will take the deposition of Andrea

Hicks, Clinical Research Associate, Clinical Affairs, DePuy Orthopaedics, Inc. on October 5,

2011, at 9:00 a.m., or such other time as is agreed upon by the parties. The deposition will take

place, at the Hyatt Place Indianapolis Airport, 5500 W. Bradbury Avenue, Indianapolis, Indiana

46241, or at another location mutually agreed upon by the parties.

**PLEASE TAKE NOTICE** that the videotaped deposition of Andrea Hicks will be taken pursuant to the Federal Rules of Civil Procedure

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: September 6, 2011                      Respectfully submitted,

                                              ZOLL, KRANZ & BORGESS, LLC,

                                              By:    /s/ Michelle L. Kranz
                                              Michelle L. Kranz (0062479)
                                              ZOLL, KRANZ & BORGESS, LLC
                                              6620 W. Central Ave., Ste. 100
                                              Toledo, OH  43617
                                              Tel:  (419) 841-9623
                                              Email:  michelle@toledolaw.com

                                              *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF ANDREA HICKS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  September 6, 2011

                                                /s/ Michelle L. Kranz

                                              *Plaintiffs' Liaison Counsel*