IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: DePUY ORTHOPAEDICS, INC.,                    Case No. 1: 10 md 2197
ASR HIP IMPLANT PRODUCTS
                                                    O  R  D  E  R

On September 2, 2011, the Court conducted a telephonic status conference with the Hon.

Brian R.  Martinotti, liaison counsel in New Jersey and the MDL lead counsel on the tentative

resolution of issues raised by the parties in their briefing regarding proposed Plaintiff Fact Sheets

and Defendant Fact Sheets.   The parties advised the respective courts they have reached a

resolution of the disputed issues and that proposed forms implementing the PFS/DFS would be

submitted forthwith.

Accordingly, the Court denies the Defendants Motion (Doc. No. 237) as moot.

IT IS SO ORDERED.


                                                     s/ *David A. Katz*
                                                    DAVID A. KATZ
                                                    U. S. DISTRICT JUDGE