# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION <br><br> ------------------------------------------- <br> THIS DOCUMENT APPLIES TO: ALL CASES | ) MDL Docket No. 1:10-md-2197-DAK <br> ) <br> ) HONORABLE DAVID A. KATZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ORAL AND VIDEO DEPOSITION OF ARAN MAREE, M.D.

TO:   Johnson & Johnson

   Robert C. Tucker, Esq.
   TUCKER ELLIS & WEST LLP
   1150 Huntington Building
   925 Euclid Avenue
   Cleveland, OH 44115

   Susan M. Sharko, Esq.
   DRINKER BIDDLE & REATH LLP
   500 Campus Drive
   Florham Park, NJ 07932-1047

   *Attorneys for Defendants*

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs' Executive Committee in the above-captioned Multidistrict Litigation, will take the deposition of Aran Maree, M.D., Vice President, Strategic Medical Affairs, Asia Pacific, Johnson & Johnson Medical, on October 6, 2011, at 9:00 a.m., or such other time as is agreed upon by the parties. The deposition will take place at the Hyatt Place Indianapolis Airport, 5500 W. Bradbury Avenue, Indianapolis, Indiana  46241, or at another location mutually agreed upon by the parties.

1

**PLEASE TAKE NOTICE** that the videotaped deposition of Aran Maree, M.D., will be taken pursuant to the Federal Rules of Civil Procedure

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: September 8, 2011                                          Respectfully submitted,

                                                                  ZOLL, KRANZ & BORGESS, LLC,

                                                                  By:     /s/ Michelle L. Kranz

                                                                  Michelle L. Kranz (0062479)
                                                                  ZOLL, KRANZ & BORGESS, LLC
                                                                  6620 W. Central Ave., Ste. 100
                                                                  Toledo, OH  43617
                                                                  Tel:  (419) 841-9623
                                                                  Email:  michelle@toledolaw.com

                                                                  *Plaintiffs' Liaison Counsel*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF ORAL AND VIDEO DEPOSITION OF ARAN MAREE, M.D. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  September 8, 2011

                                                                    /s/ Michelle L. Kranz

                                                                  *Plaintiffs' Liaison Counsel*