IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: DePUY ORTHOPAEDICS, INC., ASR™ HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:10-md-2197 |
| This Document Relates To: | CASE MANAGEMENT ORDER NO. 8 |
| ALL CASES | |

I. **SCOPE OF THE ORDER**

Pursuant to agreement of counsel in this MDL, this Order shall apply to all short-form complaints currently pending in MDL No. 2197 and all future short-form complaints direct-filed in MDL No. 2197.

II. **TIMING OF FILING OF DEFENDANTS' MASTER ANSWER**

In response to the voluntary dismissals that have been filed by Plaintiffs under Fed. R. Civ. P. 41(a)(1)(A)(i), counsel in this MDL agree that when a Short-Form Complaint is filed pursuant to Amended Case Management Order No. 4 (Doc. 129), Defendants' Master Answer (Doc. 131) is deemed filed 20 days thereafter. Accordingly, if a Plaintiff files a Short-Form Complaint and later seeks voluntary dismissal, Plaintiff may only do so under Fed. R. Civ. P. 41(a)(1)(A)(ii), by stipulation of dismissal signed by all parties who have appeared.

*s/ David A. Katz*

DAVID A. KATZ
U.S. DISTRICT JUDGE