**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL Docket No. 1:10-md-2197<br><br>JUDGE DAVID A. KATZ |
| THIS DOCUMENT APPLIES TO: ALL CASES | | |

**NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC. , JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED, ET AL.**

PLEASE TAKE NOTICE that pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiffs, through the Plaintiffs' Executive Committee, in the above-referenced case served their First Set of Interrogatories directed to Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED, their respective parents, subsidiaries and affiliates and any other DePuy or Johnson & Johnson named entities ("Defendants"). These discovery requests were served electronically to Robert Tucker, Defendants' Co-Lead Counsel, Susan Sharko, Defendants' Co-Lead Counsel, and Kristen Mayer, Defendants' Liaison Counsel on September 14, 2011.

Dated: September 14, 2011              Respectfully submitted,

                                                  ZOLL, KRANZ & BORGESS, LLC

                                                  By:   /s/ Michelle L. Kranz
                                                        Michelle L. Kranz (0062479)
                                                        ZOLL, KRANZ & BORGESS, LLC
                                                        6620 W. Central Ave., Ste. 100
                                                        Toledo, OH  43617
                                                       Tel:  (419) 841-9623
                                                       Email:  michelle@toledolaw.com

                                               *Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing NOTICE OF SERVICE OF PLAINTIFFS' FIRST SET OF INTERRROGATORIES TO DEFENDANTS DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, INC., DEPUY INTERNATIONAL LIMITED ET AL. was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  September 14, 2011

                                                       /s/ Michelle L. Kranz          .

                                                 *Plaintiffs' Liaison Counsel*