**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 2197 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–77)**

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2010). Since that time, 620 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 28, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  s/Victoria Kirkpatrick
Deputy Clerk

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP  
IMPLANT PRODUCTS LIABILITY LITIGATION  MDL No. 2197

### SCHEDULE CTO−77 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| DC | 1 | 11−01630 | BERTOLOTTI v. DEPUY ORTHOPAEDICS, INC. et al |

**KENTUCKY EASTERN**

| | | | |
|---|---|---|---|
| KYE | 5 | 11−00295 | Laney v. DePuy Orthopaedics, Inc. et al |

**LOUISIANA EASTERN**

| | | | |
|---|---|---|---|
| ~~LAE~~ | ~~2~~ | ~~11−02223~~ | ~~Dauzat et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~LAE~~ | ~~2~~ | ~~11−02265~~ | ~~Hill et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~LAE~~ | ~~2~~ | ~~11−02271~~ | ~~Clark et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~LAE~~ | ~~2~~ | ~~11−02272~~ | ~~Rizk et al v. DePuy Orthopaedics, Inc. et al~~ |
| ~~LAE~~ | ~~2~~ | ~~11−02274~~ | ~~Bouzigard, Jr. et al v. DePuy Orthopaedics, Inc. et al~~ |

**MINNESOTA**

| | | | |
|---|---|---|---|
| MN | 0 | 11−02444 | Laham v. DePuy Orthopaedics, Inc. et al |

**OREGON**

| | | | |
|---|---|---|---|
| OR | 3 | 11−01097 | Bryant v. DePuy Orthopaedics, Inc. |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 5 | 11−05695 | REIST v. DEPUY ORTHOPEDICS, INC. et al |

**TENNESSEE MIDDLE**

| | | | |
|---|---|---|---|
| TNM | 3 | 11−00868 | Lolli v. DePuy Orthopaedics, Inc. et al |

**TEXAS SOUTHERN**

| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~11−03370~~ | ~~Fisher v. Texas Joint Products, Inc. et al~~ |