IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: DePUY ORTHOPAEDICS, INC.,  Case No. 1: 10 md 2197
ASR HIP IMPLANT PRODUCTS

O  R  D  E  R

The Court will conduct a status conference with the Executive Committee on November 22, 2011, at 11:00 a.m. at the James M. Ashley and Thomas W. L. Ashley U.S. Courthouse in Toledo, Ohio.

Subsequently, an open court conference will commence at 1:00 p.m. in Courtroom 204.

IT IS SO ORDERED.

    S/ *David A. Katz*
    DAVID A. KATZ
    U. S. DISTRICT JUDGE