UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IN RE: DePUY ORTHOPAEDICS, INC
ASR HIP IMPLANT PRODUCTS

MDL Docket No. 1:10 md 2197

This Document Relates To:

ALL CASES.

**CASE MANAGEMENT ORDER NO. 11**
**(Motions Pending in Transferor Court)**

It has come to the attention of the Court there is a need to clarify the status of motions filed in the transferor courts once the case is transferred and docketed in the Northern District of Ohio.

This Order vacates any case management or scheduling order issued by a federal court prior to the transfer of a case to MDL 2197. All pending motions filed in the transferor courts are vacated and superseded by this Order and subsequent orders issued by this Court. The parties may refile those motions in the MDL 2197 case specific docket.

This Order applies to any "tag-along" actions transferred to this Court by the Judicial Panel on Multidistrict Litigation.

Lead or liaison counsel shall notify attorneys in transferred cases about or provide a copy of this Case Management Order.

IT IS SO ORDERED.

    S/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE