# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| ) | MDL Docket No. 1:10-md-2197-DAK |
| IN RE:  DEPUY ORTHOPAEDICS, ) | |
| INC. ASR HIP IMPLANT ) | HONORABLE DAVID A. KATZ |
| PRODUCTS LIABILITY ) | |
| LITIGATION ) | |
| ) | |
| ------------------------------------------- ) | |
| THIS DOCUMENT APPLIES TO: ) | |
| ALL CASES ) | |

## PLAINTIFFS' EXECUTIVE AND STEERING COMMITTEES' NOTICE OF MOTION AND MOTION FOR ENTRY OF A COMMON BENEFIT ORDER

PLEASE TAKE NOTICE that on November 22, 2011, at 1:30 p.m., or as soon thereafter as counsel can be heard, the Plaintiffs' Executive and Steering Committees (collectively herein referred to as the "PSC") will move, and hereby does move, this Court for an Order in the form appended to the accompanying Memorandum of Law filed herewith, securing an equitable allocation of counsel fees and costs for MDL administration and common benefit work.  In support of this Petition, the PSC relies upon the attached Memorandum of Law and exhibits thereto.

Dated: November 7, 2011                    Respectfully submitted,

                                      **PLAINTIFFS' EXECUTIVE
                                       & STEERING COMMITTEES,**

                                      *Plaintiffs' Liaison Counsel:*

                                      By: ___/s/ Michelle L. Kranz_____
                                           Michelle L. Kranz (0062479)
                                           ZOLL, KRANZ & BORGESS, LLC

6620 W. Central Ave., Ste. 100
Toledo, OH  43617
Tel:  (419) 841-9623
Email:  michelle@toledolaw.com

*Co-Lead Plaintiffs' Counsel:*

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003
(212) 558-5715
ERelkin@weitzlux.com

Steven J. Skikos
SKIKOS CRAWFORD SKIKOS & JOSEPH
625 Market Street, 11th Floor
San Francisco, CA 94105-3302
(888) 813-2934
sskikos@skikoscrawford.com

*Law & Motions Committee:*

Kate E. Jaycox
Tara Sutton
ROBINS, KAPLAN MILLER & CIRESI, LLP
1800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  554021
(612) 349-8500
tdsutton@rkmc.com