# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

|  |  |
|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION  ------------------------------------------- THIS DOCUMENT APPLIES TO: ALL CASES | ) ) ) ) ) ) ) ) ) |  MDL Docket No. 1:10-md-2197-DAK  HONORABLE DAVID A. KATZ |

## AMENDED NOTICE OF ORAL AND VIDEO DEPOSITION OF ANDREA HICKS

TO:    DePuy Orthopaedics, Inc.

       Robert C. Tucker, Esq.
       TUCKER ELLIS & WEST LLP
       1150 Huntington Building
       925 Euclid Avenue
       Cleveland, OH 44115

       Susan M. Sharko, Esq.
       DRINKER BIDDLE & REATH LLP
       500 Campus Drive
       Florham Park, NJ 07932-1047

*Attorneys for Defendants*

**PLEASE TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiffs, by and through their undersigned attorneys, the Plaintiffs' Executive Committee in the above-captioned Multidistrict Litigation, will take the deposition of Andrea Hicks, Clinical Research Associate, Clinical Affairs, DePuy Orthopaedics, Inc., on November 30, 2011, at 9:00 a.m., or such other time as is agreed upon by the parties. The deposition will take place, at the offices of Barnes & Thornburg, LLP, 600 One Summit Square, Fort Wayne, Indiana, or at another location mutually agreed upon by the parties.

1

**PLEASE TAKE NOTICE** that the deposition of Andrea Hicks will be taken pursuant to the Federal Rules of Civil Procedure

The deposition shall be recorded by stenographic and audiovisual means and taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

Dated: November 15, 2011               Respectfully submitted,

                                   ZOLL, KRANZ & BORGESS, LLC,

                                   By:    /s/ Michelle L. Kranz
                                          Michelle L. Kranz (0062479)
                                          ZOLL, KRANZ & BORGESS, LLC
                                          6620 W. Central Ave., Ste. 100
                                          Toledo, OH  43617
                                          Tel:  (419) 841-9623
                                          Email:  michelle@toledolaw.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing AMENDED NOTICE OF ORAL AND VIDEO DEPOSITION OF ANDREA HICKS was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated:  November 15, 2011

                                            /s/ Michelle L. Kranz
                                          *Plaintiffs' Liaison Counsel*