IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: DePUY ORTHOPAEDICS, INC.,           Case No. 1: 10 md 2197
ASR HIP IMPLANT PRODUCTS

O R D E R

The Court conducted an status conference on November 22, 2011, with lead counsel for both sides in attendance as well as members of the executive committee.

The Court addressed Plaintiffs' Motion for entry of a Common Benefit Order. An opposition to the motion was filed by the law firms of Aylstock, Witkin, Kreis & Overholtz, PLLC and Foote, Meyers, Mielke & Flowers. (Doc. No. 313.) No oral objections were presented at the open-court conference. Having reviewed the opposition to the proposed Common Benefit Order, the Court found the motion to be well taken. Plaintiff's Motion for an entry of a Common Benefit Order (Doc. No. 305) is granted.

In addition, Plaintiffs' oral request for an extension on the Fact Sheet deadline is also well taken and an extension of the same is granted until January 10, 2012.

The next status conference is scheduled for January 23, 2012, in West Palm Beach, Florida.

IT IS SO ORDERED.

                                                                      S/ *David A. Katz*
                                                                      DAVID A. KATZ
                                                                      U. S. DISTRICT JUDGE