# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP**
**IMPLANT PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Stuhlmiller, et al. v. DePuy Orthopaedics, Inc., et al., | ) | |
| W.D. New York C.A. No. 1:11-00958 | ) | MDL No.2197 |

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

      On November 22, 2011, the Panel filed in this docket a conditional transfer order pertaining to the above-listed action (*Stuhlmiller*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Stuhlmiller* was lifted on November 30, 2010, and the action was transferred to the Northern District of Ohio. On December 7, 2011, plaintiffs in *Stuhlmiller* filed a motion to reinstate the conditional transfer order. Through counsel, plaintiffs assert they were not timely served with the conditional transfer order because the Panel's notice of electronic filing (NEF) was sent to counsel's former email address. A review of the NEF accompanying the Panel's November 22, 2011, order reveals that it was sent to counsel's former address. The Panel is persuaded that these circumstances justify reinstatement of the conditional transfer order in order to permit plaintiffs the opportunity to pursue their opposition to transfer.

      IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-88" filed on November 22, 2011, is REINSTATED insofar as it relates to this action. Plaintiffs' notice of opposition if deemed filed as of the date of this order. In accordance with Rule 7.1(f), plaintiffs shall file the required motion and supporting brief to vacate the conditional transfer order within 14 days of the date of this order.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

.