IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: DePUY ORTHOPAEDICS, INC.,        Case No. 1: 10 md 2197
ASR HIP IMPLANT PRODUCTS

O R D E R

The Court conducted an open court conference on May 1, 2012, to address the status of the MDL, including the issue of bellwether trials.

The next status conference is scheduled for June 5, 2012, at the James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106-1797. The Court will meet with the Executive Committee at 9:30 a.m. in Chambers No. 4001. Subsequently, an open court conference will convene at 11:30 a.m. in Courtroom 3A.

IT IS SO ORDERED.

    S/ *David A. Katz*
DAVID A. KATZ
U. S. DISTRICT JUDGE