IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| IN RE:  DEPUY ORTHOPAEDICS, INC. ASR™ HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 1:10 md 2197 <br><br> JUDGE DAVID A. KATZ |
| THIS APPLIES TO: <br><br> ALL CASES | | **NOTICE OF CHANGE OF ADDRESS** |

To the Clerk of Courts, All Parties and Counsel:

Please take notice of a change of address for Robert C. Tucker, S. Peter Voudouris, and Kristen L. Mayer, counsel for Defendants DePuy Orthopaedics, Inc.; DePuy, Inc.; DePuy International Limited; Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International.  Effective June 17, 2013, the new address is:

Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213

The telephone number, fax number, and e-mail addresses remain the same.

Dated:  June 25, 2013

Susan M. Sharko
DRINKER, BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932
Telephone: 973.360-1100
Facsimile:  973.360-9831
E-mail:   susan.sharko@dbr.com

Respectfully submitted,

s/ *Kristen L. Mayer*
Robert C. Tucker (0013098)
S. Peter Voudouris (0059957)
Kristen L. Mayer (0055505)
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009
 E-mail:   robert.tucker@tuckerellis.com
              peter.voudouris@tuckerellis.com
              kristen.mayer@tuckerellis.com

*Attorneys for Defendants DePuy Orthopaedics, Inc.; DePuy, Inc.;
DePuy International Limited; Johnson & Johnson; Johnson & Johnson Services, Inc.;
and Johnson & Johnson International*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 25, 2013, a copy of the foregoing **Notice of Change of Address** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ *Kristen L. Mayer*
Robert C. Tucker (0013098)
S. Peter Voudouris (0059957)
Kristen L. Mayer (0055505)
TUCKER ELLIS LLP
950 Main Ave., Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
E-mail: robert.tucker@tuckerellis.com
peter.voudouris@tuckerellis.com
kristen.mayer@tuckerellis.com

*Attorneys for Defendants DePuy Orthopaedics, Inc.; DePuy, Inc.; DePuy International Limited; Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International*

012194.004159.1735032.1