UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC ASR HIP IMPLANT PRODUCTS | MDL Docket No. 1:10 md 2197 |
| This Document Relates To:<br><br>ALL CASES. | **O R D E R** |

The vast majority of plaintiff lawyers who have participated in this MDL and in the cooperating jurisdictions have done so in good faith. Among other things, most of the over 1000 plaintiff law firms in this case have provided case specific data and complied with this Court's orders so that the parties can proceed with this litigation and towards settlement. This Court appreciates the efforts of those lawyers who zealously represented the interests of their clients in this case and who participated in this MDL and in the cooperating state court jurisdictions.

Unfortunately, there have been a number of potentially misleading websites and website postings regarding this case and this settlement. Yesterday, Judge Martinoti warned of misleading websites that have interfered with attorneys and patients ability to obtain accurate information about this settlement. This Court will address those in due course. Because of these websites, it is difficult to actually find the official website for this settlement which is www.usasrhipsettlement.com. Please be advised that any other website that purports to be a DePuy ASR settlement website is not authorized. Only DePuy itself can rightfully use its name in any website address in this context.

This Court takes very seriously the ability of the ASR patients and their counsel to obtain accurate information regarding this settlement and make informed decisions free of deceptive advertising or other misinformation from third parties. (See ABA Model Rules of

Professional Conduct, Rules 4.2, 7.1, and 7.3). Again, it is very important to note that the overwhelming majority of law firms in this litigation have fully participated in this litigation on behalf of both revised and unrevised ASR patients in good faith and with the interests of their clients in mind. This Order is entered to protect ASR patients and their counsel from misinformation.

    IT IS SO ORDERED.

                                             s/ *David A. Katz*  
                                             DAVID A. KATZ  
                                             U. S. DISTRICT JUDGE