UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: DePUY ORTHOPAEDICS, INC ASR HIP IMPLANT PRODUCTS | MDL Docket No. 1:10 md 2197 |
| This Document Relates To:  ALL CASES. | **CASE MANAGEMENT ORDER NO. 18** Re: Plaintiff Enrollment in U. S. Settlement Program |

All case-specific discovery obligations, including completion, service and supplementation of Preliminary Plaintiff Disclosure forms, Plaintiff Fact Sheets, Defendant Fact Sheets, and Supplemental Plaintiff Disclosure Forms as required in Case Management Order Nos. 5, 9, 10 and 15 (including amendments thereto), are hereby stayed with respect to any plaintiff who enrolls in the U.S. Settlement Program.

In cases where the plaintiff intends to enroll in the settlement program, but is still processing paperwork, counsel for the plaintiff may provide written notice to the defense of an intent to enroll in the program. Said notice will temporarily extend any fact sheet, disclosure form, and discovery obligations (other than registration) until the plaintiff's claim is enrolled in the U.S. Settlement Program (at which time the case-specific discovery obligations are stayed) or April 1, 2014.

IT IS SO ORDERED.

    S/ *David A. Katz*
    DAVID A. KATZ
    U. S. DISTRICT JUDGE